# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VITALY IVANOVICH SMAGIN<br><br>PLAINTIFF(S)<br><br>v.<br><br>ASHOT YEGIAZARYAN<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:14–cv–09764–R–PLA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/22/2014 | 1 | Petition to Comfirm Foreign Arbital Award |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments 1 Memorandum, # 2 Declaration of Bruce Jackson, # 3 Exhibit 1 to Jackson Decl., # 4 Exhibit 2A to Jackson Decl., # 5 Exhibit 2B to Jackson Decl., # 6 Exhibit 2C to Jackson Decl., # 7 Exhibit 3 to Jackson Decl., # 8 Exhibit 4 to Jackson Decl., # 9 Request for Judicial Notice should not have been attached. Each document should have been filed separately. You are not required to take any action in response to this notice unless the Court so directs.

Clerk, U.S. District Court

Dated: December 22, 2014    By: /s/ *Geneva Hunt*

Deputy Clerk