# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY IVANOVICH SMAGIN<br><br>    Petitioner,<br><br>    v.<br><br>ASHOT YEGIAZARYAN,<br><br>    Respondent. | **CASE NO. 14-cv-09764-R (PLAx)**<br><br>Before the Honorable Manuel L. Real<br>United State District Judge<br><br>**ORDER GRANTING STIPULATION AND MOTION FOR STAY OF PROCEEDINGS AND PRELIMINARY INJUNCTION PREVENTING TRANSFER OR DISSIPATION OF ASSETS** |

The Stipulation of petitioner Vitaly Ivanovich Smagin and respondent Ashot Yegizaryan having been reviewed by the Court, along with all pleadings and evidence on file, and

Good cause for the requested stay appearing therefor pursuant to Article VI of the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 21 U.S.T. 2517, 330 U.N.T.S. 38, AVAILABLE AT 1970 WL 104417; 9 U.S.C. §§ 201, and the Federal Arbitration Act at 9 U.S.C. § 201 *et seq*, as well as the interests of comity and efficiency, and

Good cause for the requested injunction appearing therefore pursuant to Federal Rule of Civil Procedure 65 and applicable case law,

**IT IS HEREBY ORDERED THAT:**

(a) Pursuant to Article VI of the New York Convention, as applied via the Federal Arbitration Act, 9 U.S.C. § 201, this matter shall be STAYED pending a determination on the merits by the English High Court of Justice in the claim challenging the London Award filed by Yegiazaryan on or about December 9, 2014, and

**IT IS FURTHER ORDERED THAT:**

(b) Pending a final determination on the merits in this matter (or a dismissal of the same), as to any assets as to any assets Yegiazaryan, his agents, and/or any person or entity acting under his direction and control shall be **PRELIMINARILY ENJOINED** from taking any action to transfer, assign, conceal, diminish, or dissipate any property of Yegiazaryan located in California--in an amount up to $84,290,064.20--that may be used to satisfy the foreign-arbitral award payable to Vitaly Smagin, including specifically and without limitation the amounts received or to be received by Respondent Yegiazaryan or on his behalf by his agents or any person or entity acting under his direction and control in payment or satisfaction of an arbitration

1

ORDER GRANTING STIPULATION AND MOTION FOR STAY OF PROCEEDINGS AND PRELIMINARY INJUNCTION PREVENTING TRANSFER OR DISSIPATION OF ASSETS

award from Suleyman Kerimov, as well as any shares in Endrino Corporation or any other entity to the extent owned by Yegiazaryan. Petitioner's previous deposit of $10,000 in security with the Clerk of Court shall constitute adequate security for the Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65(c). This injunction does not preclude Yegiazaryan from expenditures in the ordinary course, nor does it preclude him from payment of attorneys' fees and costs related to litigation. This injunction is granted pursuant to the parties' stipulation and on the basis of the evidence and pleadings on file in order to maintain the status quo pending resolution of this action, and

**IT IS FURTHER ORDERED THAT:**

(c) Petitioner's application for a Right to Attach Order is hereby withdrawn without prejudice to refiling in the future and the hearing on this application currently scheduled for February 17, 2015 is vacated.

**IT IS FURTHER ORDERED THAT:**

(d) Should the arbitration award at issue in this matter (the "London Award") be set aside or annulled by the English High Court of Justice, Respondent shall be entitled to a release of the Preliminary Injunction, fourteen days after such ruling becomes final, without prejudice to any right of Petitioner to seek a continuation of that injunction or other similar relief.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____

Hon. Manuel L. Real

United States District Judge

Submitted by:

DATED:  February 9, 2015         **BAKER & MCKENZIE**

By: /s/ Nicholas Kennedy
Nicholas Kennedy
Attorneys for Petitioner

DATED:  February 9, 2015         **TANTALO & ADLER LLP**

By: /s/ Michael S. Adler
Michael S. Adler
Attorneys for Respondent