UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-9764-R                                              Date: September 18, 2015

Title:        VITALY IVANOVICH SMAGIN - V.- ASHOT YEGIAZARYAN
==================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                    None

PROCEEDINGS:    ORDER SETTING ORDER TO SHOW CAUSE HEARING

   **COUNSEL ARE NOTIFIED** that the Court hereby **SETS** a **HEARING** RE: Order to Show Cause As to Why the Expanded Preliminary Injunction Should Not Issue on **MONDAY, OCTOBER 5, 2015 at 10:00 a.m.** in Courtroom 8 of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, CA 90012.

   **IT IS SO ORDERED.**

   cc: counsel of record

MINUTES FORM 11                                                Initials of Deputy Clerk ___CCH____
CIVIL -- GEN