1  Bruce H. Jackson, State Bar No. 98118
   bruce.jackson@bakermckenzie.com
2  Anne M. Kelts, State Bar No. 298710
   anne.kelts@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone: +1 415 576 3000
5  Facsimile: +1 415 576 3099

6  Nicholas O. Kennedy, State Bar No. 280504
   nicholas.kennedy@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2300 Trammell Crow Center
8  2001 Ross Avenue
   Dallas, TX  75201
9  Telephone: +1 214 978 3000
   Facsimile:  +1 214 978 3099
10
   Attorneys for Petitioner
11 VITALY IVANOVICH SMAGIN

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                       WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN, | Case No.  14-cv-09764-R (PLAx) |
| Petitioner, | **JUDGMENT** |
| v. | [Fed.R.Civ.P. 58; Local Rule 58-1] |
| ASHOT YEGIAZARYAN, a.k.a. ASHOT EGIAZARYAN | Courtroom:     8, 2nd Floor |
| Respondent. | Before:    The Hon. Manuel L. Real |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

6752287-v1\SFODMS

Case No. 14-cv-09764-R (PLAx)
JUDGMENT

The Court, having considered the evidence presented in support of and in opposition to Petitioner Vitaly Ivanovich Smagin's Motion for Summary Judgment ("Motion"), and having granted said Motion in full by Order Granting Petitioner's Motion for Summary Judgment, dated March 17, 2016 (Dkt. No. 56),(a true and correct copy of the Order is attached hereto as **Exhibit 1**);

**JUDGMENT IS HEREBY ENTERED**, pursuant to Rule 58, Federal Rules of Civil Procedure, in favor of Petitioner Vitaly Ivanovich Smagin and against Respondent Ashot Yegiazaryan, a.k.a. Ashot Egiazaryan, on all claims contained in the Petition to Confirm Foreign Arbitration Award filed herein on December 22, 2014, as follows:

1. The London Award is confirmed in its entirety;
2. **JUDGMENT IS HEREBY ENTERED** in favor of Petitioner Vitaly Ivanovich Smagin and against Respondent Ashot Yegiazaryan, a.k.a. Ashot Egiazaryan, as follows:
   - A. **$72,243,000** as compensation for losses suffered by Petitioner Smagin;
   - B. Pre-award interest on the $72,243,000 at an annual simple rate of 7%, in the amount of **$6,899,701.32**;
   - C. Arbitration legal fees of **$4,959,416.88**; and arbitration costs of **$187,946**;
   - D. Post-award interest on the $72,243,000 in damages and $6,899,701.32 in pre-award interest at an annual quarterly compounded rate of 8%, which amount of interest totals **$8,213,587.83** through February 8, 2016.
   - E. The total of the above-referenced amounts (A through D) as of February 8, 2016 is **$92,503,652.**

///
///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

1

Case No. 14-cv-09764-R (PLAx)
JUDGMENT

      **F.**    Respondent Ashot Yegiazaryan, a.k.a. Ashot Egiazaryan shall pay reasonable attorney fees incurred by Mr. Smagin for the confirmation motion in an amount to be hereinafter submitted and approved by the Court, such amount to be referenced in an amended judgment.

**IT IS SO ADJUDGED.**

Dated:  March 31, 2016

_____
The Honorable Manuel L. Real
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

Case No. 14-cv-09764-R (PLAx)
JUDGMENT