1  Bruce H. Jackson, State Bar No. 98118
     bruce.jackson@bakermckenzie.com
2  Anne M. Kelts, State Bar No. 298710
     anne.kelts@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone: +1 415 576 3000
5  Facsimile: +1 415 576 3099

6  Nicholas O. Kennedy, State Bar No. 280504
     nicholas.kennedy@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2300 Trammell Crow Center
8  2001 Ross Avenue
   Dallas, TX  75201
9  Telephone: +1 214 978 3000
   Facsimile:  +1 214 978 3099

10
   Attorneys for Petitioner
11 VITALY IVANOVICH SMAGIN

                  UNITED STATES DISTRICT COURT

                 CENTRAL DISTRICT OF CALIFORNIA

                         WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>           Petitioner,<br><br>     v.<br><br>ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN,<br><br>           Respondent. | Case No.  14-cv-09764-R (PLAx)<br><br>**DECLARATION OF BRUCE H. JACKSON IN SUPPORT OF PETITIONER SMAGIN'S' EMERGENCY EX PARTE APPLICATION FOR TRO AND MOTION TO SHOW CAUSE AS TO PERMANENT INJUNCTION**<br><br><br>**Courtroom: 8, 2nd Floor**<br><br>**Before:  The Hon. Manuel L. Real** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

6769180-v1\SFODMS

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF BRUCE H. JACKSON

I, Bruce H. Jackson, declare as follows:

1. I am a senior counsel with Baker & McKenzie LLP ("Baker & McKenzie"), counsel for Petitioner Vitaly Ivanovich Smagin ("Petitioner" or "Mr. Smagin") in this action. I am a member in good standing of the State Bar of California. I make this declaration in support of Petitioner's Emergency Ex Parte Application for Temporary Restraining Order and Motion to Show Cause as to Permanent Injunction against Respondent Ashot Yegiazaryan ("Mr. Yegiazaryan"). Unless otherwise indicated, I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. In May 2015, Mr. Yegiazaryan settled the Kerimov Award and placed $188 million of the proceeds in a Lichtenstein trust holding a Monaco bank account. The settlement was reported under penalty of perjury in a Stipulation Re Advance Distribution of Funds executed by Petitioner and Respondent on July 6, 2015 and filed the divorce proceedings in the Los Angeles Superior Court for the County of Los Angeles, case entitled *In Re the Marriage of Petitioner Natalia Tsagolova and Respondent Ashot Egiazaryan*, Case No. BC595136. A true and correct copy of the Stipulation re Advance Distribution of Funds is hereto attached as **Exhibit A.**

3. The Superior Court originally granted Mr. Smagin a right to intervene in Mr. Yegiazaryan's family law proceedings and on February 9, 2016 issued a worldwide restraining order preventing the transfer of assets by Mr. Yegiazaryan and his wife.

4. Mr. Yegiazaryan has since convinced the Superior Court that Mr. Smagin should not be permitted to intervene in those proceedings and has now issued an order that, when it becomes effective tomorrow (October 14, 2016) will result in the dissolution of that earlier injunction. The court based this determination on its conclusion that Mr. Smagin is not currently a judgment creditor with the right to execute on his judgment. Mr. Smagin believes that this determination is wrong as a matter of both fact and law. Mr. Smagin has filed a motion for reconsideration, but

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

6769180-v1\SFODMS

1

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF BRUCE H. JACKSON

1  today the Superior Court denied an ex parte application to stay the effectiveness of its
2  order pending a decision on the motion for reconsideration.

3      5.    Today at approximately 2:30 p.m., I had a telephone conversation with
4  Michael Adler, counsel to Mr. Yegiazaryan, in which I advised him that we intended
5  to today file this emergency ex parte application for injunctive relief.  I explained to
6  him that the reason we were filing this application was the fact that the Superior
7  Court had erroneously concluded that Mr. Smagin was not currently a judgment
8  creditor and therefore was not entitled to the intervention and injunctive relief he had
9  previously obtained in the family law court.  I told him that since that injunctive relief
10 was scheduled to expire tomorrow, and that the Superior Court had rejected our ex
11 parte request to extend a stay of that order pending the consideration of our filed
12 motion for reconsideration, we were going to request this relief from the District
13 Court.  We also discussed the fact that under the Court's rules, Mr. Yegiazaryan
14 would have 24 hours to respond to the application.  I suggested that we would not
15 need to make an emergency motion at this time if Mr. Yegiazaryan would agree to a
16 continued stay of the Superior Court order until our motion for reconsideration could
17 be decided.  I have not received a response to that suggestion as of this time.

18     I declare under penalty of perjury under the laws of the United States that the
19 foregoing is true and correct, and that this Declaration was executed by me on
20 **October 13, 2016** at San Francisco, California.

21
22                         /s/ Bruce H. Jackson
                           Bruce H. Jackson

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

6769180-v1\SFODMS

2

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF BRUCE H. JACKSON