# EXHIBIT A

1 | RONALD W. ANTEAU, ESQ. CFLS (SBN 37777)
MATTHEW K. SKARIN, ESQ. (SBN 271183)
2 | FEINBERG MINDEL BRANDT & KLEIN, LLP
12424 Wilshire Boulevard, Ninth Floor
3 | Los Angeles, California 90025
Telephone No. (310) 447-8675
4 | Facsimile No. (310) 447-8678

5 | Attorneys for Petitioner,
NATALIA TSAGOLOVA

6

7

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

10 | NATALIA TSAGOLOVA, )  CASE NO. BD 595 136
                      )  *[Assigned to Hon. Michael Whitaker, Dept. 2C]*
11 |                   )
                      )
12 |        Petitioner, )
                      )  STIPULATION RE ADVANCE
13 | vs.               )  DISTRIBUTION OF FUNDS,
                      )  CONTINUANCE OF PENDING
14 | ASHOT EGIAZARYAN, )  HEARINGS AND RELATED MATTERS;
                      )  AND ORDERS THEREON
15 |        Respondent. )
                      )
16 |                   )
                      )
17 | _____ )

18

19 |        WHEREAS, the parties have been involved in settlement conferences and intend to continue

20 | to do so seeking to resolve as many issues as possible; and

21 |        WHEREAS, certain litigation has been resolved which has resulted in certain funds being

22 | received and the parties seek to establish certain parameters for the holding of said funds, investing

23 | of said funds and distribution of said funds; and

24 |        WHEREAS, the parties are desirous of continuing the proceedings presently set for July 7,

25 | 2015; and

26 |        WHEREAS, the Kerimov Litigation ("Kerimov") has been resolved and funds distributed and

27 | received and an account established by Respondent; and

28 |        NOW, THEREFORE, it is hereby stipulated by and between Petitioner, NATALIA

---

C:\Users\RAnteau\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\EI3FVPGN\Stipulation Dist Jamra Version.wpd

**STIPULATION RE ADVANCE DISTRIBUTION OF FUNDS, CONTINUANCE OF PENDING
HEARINGS AND RELATED MATTERS; AND ORDERS THEREON**

-1-

1  TSAGOLOVA ("Petitioner") and Respondent, ASHOT EGIAZARYAN ("Respondent" and

2  collectively the "parties" and each party singularly "party") and through their respective counsel of

3  record, as follows:

4        1.     That the parties' community estate has an interest in the Kerimov settlement funds and

5  other various awards in the LCIA and other jurisdictions. The parties stipulate that their community

6  interest in the Kerimov settlement funds shall be used to satisfy community creditors and claimants

7  mutually agreed upon in writing by the parties or ordered satisfied by the Court. The parties shall

8  meet and confer regarding the resolution of community creditors and claimants. Respondent has

9  provided Petitioner with a list of community creditors and claimants whom he deems legitimate and

10  subject to settlement and payment from the community's interest in the Kerimov settlement funds.

11  Respondent contends that he has received demands from certain community creditors and claimants

12  for immediate payment. Petitioner shall respond in writing within three (3) days of the completed

13  execution of this stipulations with her approval, disapproval, and \or that she has questions and needs

14  additional information and evidence to approve or disapprove, to Respondent's list of community

15  creditors and claimants. As to those community creditors and claimants in dispute, the Court retains

16  jurisdiction to resolve the issues.

17        2.     Respondent shall provide forthwith an unredacted copy of the Confidential Settlement

18  Deed related to the Kerimov settlement funds and an accounting of all distributions made in regard

19  thereto and a current bank account statement reflecting the name of the account, the account number

20  and the present balance in the account.

21        3.     As to the Confidential Settlement Deed, the parties shall comply with the terms of the

22  settlement document as set forth in the Stipulation and Order re Protective Order and Order Thereon

23  Regarding Confidential Settlement Deed Dated May 21, 2015, and the terms of the Confidential Deed

24  dated May 21, 2015.

25        4.     The Petitioner and Respondent stipulate that no further disbursements beyond those

26  already made and disclosed, or otherwise set forth or contemplated herein, shall be made from the

27  Kerimov settlement funds without written joint agreement of the parties or further order of Court.

28        5.     The parties shall execute joint written instructions to the trust attorney overseeing the

C:\Users\RAnteau\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\EI3FVPGN\Stipulation Dist Jamra Version.wpd

**STIPULATION RE ADVANCE DISTRIBUTION OF FUNDS, CONTINUANCE OF PENDING HEARINGS AND RELATED MATTERS; AND ORDERS THEREON**

-2-

1  trust holding the Kerimov settlement funds reflecting the terms and conditions of the requirement of

2  joint instructions for disbursement of funds and the providing of documentation, statements, etc. on

3  an ongoing basis.  Said instruction shall be executed by the parties upon execution of this Stipulation

4  and Order.

5       6.    The parties hereby stipulate that $3,000,000 shall be disbursed to each party from the

6  community's interest in the Kerimov settlement funds as a distribution of community property and

7  same shall be distributed on or before July 21, 2015.  The parties shall take all steps necessary to

8  cause said distribution to be timely made.

9       7.    Pending further agreement of the parties in writing or order of Court, the funds shall

10  be conservatively invested in mutually agreed upon investments by the parties such as blue chip stock

11  or other AAA investments and that the income on said investments shall be divided equally between

12  the parties.  The parties and/or their designee shall meet and confer and agree on the investments to

13  be made and the parties will meet and confer as to when and what manner the income will be

14  disbursed to them.  The Court maintains jurisdiction over the above process and any disputes arising

15  therein.

16       8.    The parties shall attend and participate in as many settlement conferences to reach a

17  global settlement of all outstanding issues as possible with the Court reserving jurisdiction over any

18  unresolved issues.  Counsel to meet and confer on setting a schedule of three prospective settlement

19  conference dates as soon as possible, with the three sessions occurring within the next forty-five (45)

20  days.

21       9.    Petitioner and Respondent shall prepare and exchange their respective Preliminary

22  Declarations of Disclosure within thirty days after execution of this stipulation by all parties and

23  counsel and both parties acknowledge that their respective Preliminary Declarations of Disclosure

24  may be marked "Subject to Amendment."

25       10.    Petitioner presently has four Request for Orders ("RFO's") presently pending on

26  calendar for July 7, 2015with the following status:

27       a.    RFO re Motion to Compel Deposition of Olga Baklan (to be heard);

28       b.    RFO re Motion for Joinder of Third Parties (to be heard);

C:\Users\RAnteau\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\EI3FVPGN\Stipulation Dist Jamra Version.wpd

STIPULATION RE ADVANCE DISTRIBUTION OF FUNDS, CONTINUANCE OF PENDING
HEARINGS AND RELATED MATTERS; AND ORDERS THEREON
-3-

c.      RFO re Motion to Freeze Accounts of Clear Voice, Inc. (Court to determine whether to hear or set as long cause); and

d.      RFO for Child Support and Spousal Support (Court to determine whether to hear or set as long cause).

11.    The parties shall request that the matters set forth in sections 10a. and b. be set as described for the Court's first available date, not less than 90 days and sections 10.c and d. not less than 120 days from July 7, 2015, and in coordination with counsels' calendars. During this 120 day period, all discovery in this matter shall be stayed.

12.    All notices and subpoenas presently set for July 7, 2015 to be returnable on the continued date.

13.    The Court shall retain jurisdiction as to resolution of all disputed issues herein, including upon *ex parte* application, order shortening time for hearing, or normal setting.

14.    Each of the parties hereto is ordered to execute promptly all documents now or hereafter reasonably necessary with respect to the joint written instructions to the trust attorney overseeing the trust holding the Kerimov settlement funds as referenced in paragraph 5 above, and at any time and from time to time shall execute all other documents which may be necessary or proper to effect the purpose and intent of this Stipulation and Order. In the event that either party shall refuse to execute any such document arising from a mutual agreement of the parties as contemplated herein or Court order, the Court, upon ex parte application therefor, after five (5) days' notice, may order the party to sign the document and/or appoint the Clerk of the Superior Court or the Clerk's designee to sign the documents on behalf of the party who failed to do so voluntarily.

15.    This Stipulation may be executed in counterparts and each party's signature submitted via facsimile or e-mail shall be deemed an original signature for the purposes of approving this Stipulation and Order.

///

//

C:\Users\RAnteau\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\EI3FVPGN\Stipulation Dist Jamra Version.wpd

**STIPULATION RE ADVANCE DISTRIBUTION OF FUNDS, CONTINUANCE OF PENDING HEARINGS AND RELATED MATTERS; AND ORDERS THEREON**

-4-

16.     This Stipulation is not to be filed with the Court except for resolution of disputes as set forth above and\or enforcement purposes only.

APPROVED AS TO FORM AND CONTENT

DATED: 7/6/15

NATALIA TSAGOLOVA, Petitioner

DATED: 7/6/15

ASHOT EGIAZARYAN, Respondent

APPROVED AS TO FORM ONLY

DATED:

FEINBERG, MINDEL, BRANDT & KLEIN, LLP

By: _____
RONALD W. ANTEAU
Attorneys for Petitioner,
NATALIA TSAGOLOVA

DATED: 7/6/2015

JAMRA & JAMRA, LLP

By: _____
GRACE A. JAMRA
Attorneys for Respondent,
ASHOT EGIAZARYAN

ORDER

Based upon the foregoing Stipulation of the parties, the above is approved and made an Order of the Court effective forthwith.

DATED:

_____
JUDGE OF THE SUPERIOR COURT

16.     This Stipulation is not to be filed with the Court except for resolution of disputes as set forth above and\or enforcement purposes only.

**APPROVED AS TO FORM AND CONTENT**

DATED:

_____
NATALIA TSAGOLOVA, Petitioner

DATED:

_____
ASHOT EGIAZARYAN, Respondent

**APPROVED AS TO FORM ONLY**

DATED: 7/6/15

FEINBERG, MINDEL, BRANDT & KLEIN, LLP

By: _____
RONALD W. ANTEAU
Attorneys for Petitioner,
NATALIA TSAGOLOVA

DATED:

JAMRA & JAMRA, LLP

By: _____
GRACE A. JAMRA
Attorneys for Respondent,
ASHOT EGIAZARYAN

**ORDER**

Based upon the foregoing Stipulation of the parties, the above is approved and made an Order of the Court effective forthwith.

DATED:

_____
JUDGE OF THE SUPERIOR COURT