CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY IVANOVICH SMAGIN, | ) CASE NO. CV 14-9764-R |
| Petitioner, | ) ORDER APPROVING PETITIONER'S |
| v. | ) AMOUNT OF ATTORNEY'S FEES |
| ASHOT YEGIAZARYAN, a.k.a. ASHOT EGIAZARYAN, | ) |
| Respondent. | ) |

On March 17, 2016, this Court granted Petitioner's Motion for Summary Judgment ("Motion"). (Dkt. No. 56). That Order included an award of Petitioner's reasonable attorney's fees related to his Motion, in an amount to be submitted and approved by the Court. The Court has reviewed the Petitioner's Statement of Attorney's Fees, Respondent's Opposition, and Petitioner's Response. As discussed more fully below, this Court finds that Petitioner's requested attorney's fees in the amount of $113,323.40 is fair and reasonable.

Petitioner's counsel, Bruce H. Jackson, states that his firm spent a total of 248.7 hours working on Petitioner's Motion and preparing the attorney's fee statement. Attached to Mr. Jackson's Declaration is a table summarizing the firm's work on both the Motion and the

1  Statement of Attorney's Fees.  The table includes information regarding who worked on the
2  matter, what type of work they performed, and the total number of hours they billed.  On the
3  whole, this Court finds that the amount of hours Petitioner's counsel billed on this matter is
4  reasonable and appropriate.  The instant action is a complex case that required analysis and
5  understanding of records from diverse forums including the London Court of International
6  Arbitration, courts in England and Cyprus, and a Russian criminal prosecution.  Furthermore,
7  because the case concerns legal proceedings in multiple foreign countries, it also raised
8  complicated issues of international law.

9  The Court further finds that the requested fees for the Petitioner's attorneys are reasonable
10 based on their skill, experience, and reputation.  The moving party must present the court with
11 evidence that the requested hourly rate is "in line with those prevailing in the community for
12 similar services by lawyers of reasonably comparable skill, experience, and reputation."  *Blum v.*
13 *Stenson*, 465 U.S. 886, 895-96 n.11 (1984).  Here, Petitioner's counsel requests a rate of $966 per
14 hour for Edward E. Poulton, $810 per hour for Bruce H. Jackson, $590 per hour for Henry
15 Garfield, $420 per hour for Nicholas O. Kennedy, $350 per hour for Anne M. Kelts, $280 per hour
16 for Nada K. Hitti, and $270 per hour for Cesar Tamondong.  Each attorney and paralegal has
17 credentials justifying such fees and the rates charged are consistent with the community standards
18 for other litigation firms of Baker & McKenzie LLP's size in the San Francisco and London
19 markets.

20 Plaintiff calculated the total fees as follows: (1) Edward E. Poulton 1.4 hours at $966 per
21 hour, (2) Bruce H. Jackson 46.1 hours at $810 per hour, (3) Henry Garfield 37.3 hours at $590 per
22 hour, (4) Nicholas O. Kennedy 6.7 hours at $420 per hour, (5) Anne M. Kelts 82.9 hours at $350
23 per hour, (5) Nada K. Hitti 73.3 hours at $280 per hour, and (6) Cesar Tamondong 1 hour at $270
24 per hour.  Accordingly, Petitioner is awarded $113,323.40 in attorney's fees.
25 / / /
26 / / /
27 / / /
28 / / /

1 **IT IS HEREBY ORDERED** that Respondent Ashot Yegiazaryan pay Petitioner's reasonable attorney's fees in the amount of $133,323.40.

Dated: March 22, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE