**AT-167/EJ-152**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Nicholas O. Kennedy, CA SBN 280504<br>2300 Trammell Crow Center, 2001 Ross Avenue<br>Dallas, TX 75201<br>TELEPHONE NO.: (214) 978-3000  FAX NO.: (214) 978-3099<br>E-MAIL ADDRESS: nicholas.kennedy@bakermckenzie.com<br>ATTORNEY FOR (Name): VITALY IVANOVICH SMAGIN | FILED<br>CLERK U.S. DISTRICT COURT<br>MAY 2 5 2017<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

United States District Court - Central District of California
STREET ADDRESS: 255 East Temple Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012-3332
BRANCH NAME: Western Division

PLAINTIFF/PETITIONER: VITALY IVANOVICH SMAGIN
DEFENDANT/RESPONDENT: ASHOT YEGIAZARYAN a.k.a. ASHOT EGIAZARYAN

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

LEVYING OFFICER FILE NO.:

COURT CASE NO.: 2:14-CV-09764-R

NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.
— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER —

*This memorandum does not apply to garnishment of earnings.*

1. a. Garnishee (name): First Republic Bank
   b. Address: 9593 Wilshire Blvd., Beverly Hills, CA 90212

2. Judgment Creditor (name): Vitaly Ivanovich Smagin

3. ☑ (Check if applicable.) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

# NO RECORDS

5. For writ of execution only. Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

# NO RECORDS

(Continued on reverse)

Form Approved for Optional Use
Judicial Council of California
AT-167/EJ-152 [Revised July 1, 2013]

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Page 1 of 2

Code Civ. Proc., §§ 488.610, 701.030

| | | AT-167/EJ-152 |
|---|---|---|
| SHORT TITLE: VITALY IVANOVICH SMAGIN | LEVYING OFFICER FILE NO.: | CASE NUMBER: 2:14-CV-09764-R |

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

## NO RECORDS

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

## NO RECORDS

8. For writ of execution only. Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

## NO RECORDS

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

## NO RECORDS

**DECLARATION OF GARNISHEE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

ANDREW LUI
(TYPE OR PRINT NAME)                                   (SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.
☐ Total number of pages attached:

AT-167/EJ-152 (Rev. July 1, 2013)

**MEMORANDUM OF GARNISHEE**
(Attachment—Enforcement of Judgment)

Page 2 of 2




