1   Michael S. Adler, SBN 190119
      madler@ta-llp.com
2   Joel M. Tantalo, SBN 206096
      jtantalo@ta-llp.com
3   **TANTALO & ADLER LLP**
    1801 Century Park East, Ste. 2400
4   Los Angeles, CA 90067

5   Telephone:  (310) 734-8695
    Fax:          (310) 734-8696
6
7   Attorneys for respondent Ashot Yegiazaryan

8

9                **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12   VITALY IVANOVICH SMAGIN          | **CASE NO. 14-cv-09764-R (PLAx)**

13          Petitioner,                | Before the Honorable Manuel L. Real
                                        United State District Judge
14          v.
                                        **DECLARATION OF SUREN
15   ASHOT YEGIAZARYAN,                **EGIAZARYAN IN OPPOSITION TO
                                        MOTION FOR A TURNOVER
16          Respondent.               ORDER**

17

18                                     **Hearing Place:**    Courtroom 880
                                       **Hearing Date:**     September 16, 2017
19                                     **Hearing Time:**     10:00 a.m.

20

21

22

23

24

25

26

27

28

## DECLARATION OF SUREN EGIAZARYAN

I, Suren Egiazaryan, do hereby declare as follows:

1.      I am an individual over the age of 18 years.  Except as otherwise indicated, I have personal knowledge of the facts declared herein and could and would competently testify thereto in a Court of Law if required to do so.  Although English is not my native language, I have conducted business in the United States for a number of years and am conversant in the language.

2.      My cousin is Ashot Egiazaryan (also spelled Ashot Yegiazayran).

3.      In 2010, my cousin Ashot informed me that he wanted to come live in the United States (where I had previously been residing).  At the time, Ashot was a member of the Russian legislature (the Duma) but he let me know that he had fallen into disfavor with Vladimir Putin and other influential Russian government figures.  As a result, he informed me that connected individuals within the Russian government were trying to force him out of his investments in the Moscow Hotel (also known as the Moskva Hotel).  He intended to resist their efforts to take away very valuable interests, but he recognized that such resistance to such powerful Russian government officials put him in personal danger.

4.      During that time, I learned that Ashot and others had initiated a series of arbitrations in London before the London Court of International Arbitration ("LCIA") against the City of Moscow, various Russian government officials and other connected individuals.

5.      After Ashot started his claims in the LCIA arising out of the Moscow Hotel, I learned from Ashot that Petitioner Vitaly Ivanovich Smagin had brought various claims against him both in Russia and in the LCIA.  Ashot notified me that the Russian authorities had initiated criminal proceedings against Ashot based on a claim by Mr. Smagin.  Ashot also notified me that, in connection with this claim, Mr. Smagin had obtained Russian Freezing Orders that froze Ashot's property in Russia.

1

DECLARATION OF SUREN EGIAZARYAN
IN OPPOSITION TO MOTION FOR A TURNOVER ORDER

6.    At that time, I had a number of discussions with Ashot and his brother Artem (a co-claimant in at least one of the arbitrations) about their situation.  Some of the discussions had to do with Ashot's need to find a place to live, but many of the conversations also had to do with Ashot's need for financial support in order to pursue expensive LCIA arbitrations and related litigation.  As a result of the Russian Freezing Orders, Ashot did not believe that he retained sufficient available funds to prosecute those actions and otherwise address various legal fees and other costs of life.

7.    Eventually, Artem and I agreed to help fund Ashot's living requirements and legal fees in return for a share of any recovery that might be realized from the LCIA arbitrations involving the Moscow Hotel.  That agreement was recorded in 2011, and since at least that time, I have been providing Ashot will financial support for both his living expenses and his legal fees.

8.    In particular, through June of 2015, I provided Ashot at least $11,491,000 in financial support.

9.    Since June of 2015, I have provided Ashot over a million dollars in additional support in just payment of his legal fees (in addition to various living expenses, etc.)  Attached hereto as Exhibit 1 are sample payments for legal fees incurred by Ashot that I have made either personally or through my investment company (ClearVoice) on behalf of Ashot.

10.    In return, I was entitled to a share of the recovery from the LCIA arbitrations relating to the Moscow Hotel.  This was not a certain proposition and even after Ashot, Artem, and the other co-claimants prevailed at arbitration, it was unclear if that award might be reversed on judicial review and, if not, whether Ashot, Artem, and the other co-claimants would be able to recover any funds.

11.    When Ashot received the Kerimov Settlement funds, we agreed that I would accept beneficiary status under the Alpha Trust in lieu of any specific payment on behalf of my interest in the Kerimov Settlement.

2

DECLARATION OF SUREN EGIAZARYAN
IN OPPOSITION TO  MOTION FOR A TURNOVER ORDER

12.     Although I have not received any of the funds or any other form of
distribution from the Alpha Trust, I understand that I am currently a beneficiary of the
Alpha Trust and that this status reflects the fact that I was entitled to share in the
recovery of the proceeds that helped fund the Trust.

I declare under penalty of perjury, under the laws of the State of California and
the United States of America, that the foregoing is true and correct and that this
declaration was executed on August 28, 2017 in Los Angeles County, California.

_____
Suren Egiazaryan

DECLARATION OF SUREN EGIAZARYAN
IN OPPOSITION TO MOTION FOR A TURNOVER ORDER

# Suren Egiazaryian Dec.

# Exhibit 1



**CLEAR VOICE INC.**

1065

Pay to the
Order of _Touring a Jam P9_

_Eighty six thousand two hundred ᵒᵒ/₁₀₀_ Dollars

12/21/2016  Date

$ 86,200.00

For _____

**SUREN EGIAZARYIAN**

1017

Redact 01

9 / 23 / 2016
Date

Pay to the
Order of ___ *Towns & Towns* ___ | $ 58,361.00

*Fifty eight thousand three hundred sixty one.* 00/100 ___ Dollars

Security Features Details on Back

For _____

Harland Clarke

**SUREN EGIAZARYIAN**

1008

7 / 20 / 2016
Date

Pay to the
Order of _Tavior & Tavior, LLP_   $ 68,500.00

_Sixty eight thousand five hundred_ __00__/100  Dollars

For _____

SUREN EGIAZARYIAN

1004

7/01/2016
Date

Pay to the
Order of _____ *Tierra L Sauer* _____ | $ 100,000.00

*One hundred thousand* _____ 00/100 Dollars

For _____

Redacted

SUREN EGIAZARYAN

412

DATE 2/29/2016

PAY TO THE ORDER OF  _Laura Jamke_  $ 27,000.00

_Twenty seven thousand  —  00/100_  DOLLARS

MEMO _Attorney fee_

**SUREN EGIAZARYIAN**

1123

01

12/16/2015
Date

Pay to the
Order of _Ieeunge & Ieruse UP_____ $ 128,300.00

One Hundred twenty eight thousand
three hundred _____ Dollars

For_ Attorney Fee

SUREN EGIAZARYIAN

1112

Redact
01

10 / 10 / 15
Date

Pay to the
Order of _____  $ 80,000.00

Eight Thousand _____ 00/100 Dollars

Security
Features
Details on
Back.

For Attorney fee _____

MP

SUREN EGIAZAR        N

Redacted

396

DATE 4/10/15

PAY TO
THE ORDER OF  Tamra & Tamra

$ 57,000.00

Fifty  seven  thousand  ——  00/100  DOLLARS

MEMO



CMB
Compagnie Monégasque
de Banque

Mister SUREN EGIAZARYIAN

## CONFIRMATION

Réf    16 224 G40 0035 / ▮▮▮▮ / GFI                                Date    11/08/2016

In accordance with your instructions of 11/08/2016 we have transferred
by swift
USD                    441.678,64 (*) Correspondent commission included

transf to   GIBSON DUNN AND CRUTCHER LLP
            REF.94708 00002
Original currency & amount
USD                    441.678,64

| Amount | USD | 441.678,64 |
| Commission | USD | 332,37 |
| Total amount | USD | 442.011,01 |

Debited to the account N° ▮▮▮▮▮ Value  10/08/2016

En cas de désaccord, nous vous prions de bien vouloir faire part de vos remarques éventuelles à la Direction Générale.

23, Avenue de la Costa - B.P. 149        Tél. + 377 93 15 77 77        Swift CMBM MC MX        S.A.M au Capital de € 111.110.000
98007 Monaco Cedex                        Fax + 377 93 25 08 69        www.cmb.mc                R.C.I 76 S 1557

SUREN EGIAZARYIAN

Redacted

DATE 1/11/2016

PAY TO THE ORDER OF Taylor & Adler LLP    $ 34,000.00

Thirty four thousand — 00/100    DOLLARS    ← Heat Reactive Ink

**HANMI BANK**
BEVERLY HILLS OFFICE 035
9300 WILSHIRE BOULEVARD, STE 101
BEVERLY HILLS, CALIFORNIA 90212
TELEBANC (714) 808-4266

MEMO Attorney fee

487

MP

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

Redacted

**SUREN EGIAZARYIAN**

1137

Redacted

Redacted

3/17/2016 Date

Pay to the Order of ___Tantelo and Adler UP___ | $ 37,000.00

Thirty seven thousand — 00/100 Dollars

E·TRADE Bank, Arlington, VA

Security Features Details on Back.

For _____                    MP

Redacted          Redacted

Harland Clarke

**SUREN EGIAZARYIAN**
Redacted

1005

Redacte

7 / 8 / 2016
Date

Pay to the
Order of ___Tanzto Lo a Adler LLP___  | $ 60,000.00

Sixty thousand ————————— 00/100 Dollars

E•TRADE Bank, Arlington, VA

For _____

Redacted          Redacted

**SUREN EGIAZARYIAN**
Redacted

Redacted

1015

Redact ed

9/6/2016
Date

Pay to the
Order of  Tarztelo & Adler LLP                    $ 27,423.00

Twenty seven thousend four hundred twenty three & 100 Dollars

E•TRADE Bank, Arlington, VA

For  21217

MP

Redacted

Redacted

Harland Clarke

**SUREN EGIAZARYIAN**
Redacted

1025

Redacted

Redac

10/17/2016
Date

Pay to the
Order of  Tontalod Adler llP                          $ 39,954.00

Thirty thousand nine hundred fifty four — 00/100  Dollars

E•TRADE Bank, Arlington, VA

Security
Features
Details on
Back.

For _____

Redacted                    Redacted

Harland Clarke

MP