Michael S. Adler, SBN 190119
  madler@ta-llp.com
Joel M. Tantalo, SBN 206096
  jtantalo@ta-llp.com
**TANTALO & ADLER LLP**
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067

Telephone:  (310) 734-8695
Fax:          (310) 734-8696

Attorneys for respondent Ashot Yegiazaryan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY IVANOVICH SMAGIN<br><br>       Petitioner,<br><br>       v.<br><br>ASHOT YEGIAZARYAN,<br><br>       Respondent. | **CASE NO. 14-cv-09764-R (PLAx)**<br><br>Before the Honorable Manuel L. Real<br>United State District Judge<br><br>**DECLARATION OF DMITRY STANISLAVOVICH BARANNIKOV SUBMITTED IN OPPOSITION TO MOTION FOR A TURNOVER ORDER**<br><br>**Hearing Place:**    Courtroom 880<br>**Hearing Date:**    September 16, 2017<br>**Hearing Time:**    10:00 a.m. |

---

DECLARATION OF DMITRY STANISLAVOVICH BARANNIKOV
SUBMITTED IN OPPOSITION TO MOTION FOR A TURNOVER ORDER

## DECLARATION OF DMITRY STANISLAVOVICH BARANNIKOV

I, Dmitry Stanislavovich Barannikov, do hereby declare as follows:

1.      I am an attorney of the Moscow collegium of advocates "Pavel Astakhov Collegium of Advocates" (registration number 77/5992 in the Moscow Register of Advocates), and an attorney admitted to practice before the courts of Russia.  Except as otherwise indicated, I have personal knowledge of the facts set forth in this declaration and could and would competently testify thereto in a Court of law if necessary

2.      Since I am an attorney for Mr. Yegiazaryan and represent his interests in connection with the criminal case being investigated, in part, on the application of Mr. Smagin, as Mr. Yegiazaryan's attorney I am in possession of originals and copies of certain documents from the criminal case file.

### Mr. Smagin Secured a Freezing Order in Russia

3.      As noted above, I represent the interests of Mr. Yegiazaryan in connection with a criminal case commenced in Russia against Mr. Yegiazaryan at the initiative of Vitaly Smagin.

4.      On 12 November 2010, Mr. Smagin filed an application to the Chief Investigation Directorate of the Investigative Committee of the Prosecutor's Office of the Russian Federation seeking a freeze of various assets to secure his claims against Mr. Yegiazaryan, which included the Europark shopping center and 100% of the shares in the company "Centurion Alliance", which owns the Europark shopping center.  I attach at Exhibit 1 a true copy of Mr. Smagin's application for the freezing order.

5.      On 25 November 2010, O.N. Solopova, a judge of the Basmanny District Court of Moscow, having heard the petition of the Chief Investigation Directorate of the Investigative Committee of the Prosecutor's Office of the Russian Federation, which was made on the application of Mr. Smagin, issued an order to freeze the

1

building of the Europark shopping center.  I attach at Exhibit 2 is a true copy of the order to freeze the building of Europark shopping center.

6.     On 16 December 2010, O.N. Solopova, a judge of the Basmanny District Court of Moscow, having heard the petition of the Chief Investigation Directorate of the Investigative Committee of the Prosecutor's Office of the Russian Federation, which was made on the application of Mr. Smagin, issued an order to freeze 100% of the shares in the company "Centurion Alliance", which owns the building of the Europark shopping center.  I attach at Exhibit 3 is a true copy of the order to freeze 100% of the shares in the company "Centurion Alliance".

## The Participation of Certain Individuals Involved
## in the "Yegiazaryan Case"

7.     I attach hereto at Exhibit 4 a true copy of an order to conduct the preliminary investigation by an investigative group, which was signed by General Major of Justice O.V. Logunov, the Deputy Head of the Investigative Committee of the Ministry of Internal Affairs of Russia.  Through this order Mr. Logunov appointed the investigative group in the criminal case that was in fact being investigated in respect of Mr. Yegiazaryan.

8.     I attach at Exhibit 5 a true copy of the cover letter of V.Y. Grin, the Deputy Prosecutor General of the Russian Federation, addressed to B.V. Gryzlov, the Chairman of the State Duma of the Federal Assembly of the Russian Federation, which sent for examination an application of the Prosecutor General of the Russian Federation seeking consent to strip A.G. Yegiazaryan, a deputy of the State Duma of the Federal Assembly of the Russian Federation, of his parliamentary immunity.

9.     I attached at Exhibit 6 a true copy of record of an investigative measure conducted in the context of the criminal case being investigated in respect of Mr. Yegiazaryan, namely a search conducted in the administrative and storage facilities of the company "Centurion Alliance".  According to the record, Aleksey Olegovich

2

Droganov and Andrey Aleksandrovich Krechetov, senior detectives of the Ministry of Internal Affairs of the Russian Federation, participated in the search.

10.     I attached hereto at Exhibit 7 a true copy of an order to lodge a petition to extend the time period for the preliminary investigation in the criminal case being investigated in respect of Mr. Yegiazaryan.  This order is signed by Major of Justice A.A. Strizhov, the Senior Investigator for Very Important Cases of the 1st Investigative Division of the Directorate for Investigation of Very Important Cases concerning Economic Crimes against the Government, Chief Investigation Directorate of the Investigative Committee of the Russian Federation.  Investigator Strizhov managed the investigative group in the criminal case being investigated in respect of Mr. Yegiazaryan when he prepared the above order.


I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct and that this declaration was executed on January 28, 2015 in Moscow, Russia.

[signature]
Dmitry Stanislavovich Barannikov

DECLARATION IN OPPOSITION TO APPLICATION FOR WRIT OF ATTACHMENT

## ДЕКЛАРАЦИЯ ДМИТРИЯ СТАНИСЛАВОВИЧ БАРАННИКОВА

Я, Дмитрий Станиславович Баранников, настоящим заявляю о следующем:

1. Я являюсь адвокатом Московской коллегии адвокатов «Коллегия адвокатов Павла Астахова» (регистрационный номер в реестре адвокатов г. Москвы 77/5992) и адвокатом, допущенным к осуществлению адвокатской деятельности в судах России. Если не оговорено иначе, факты, изложенные в настоящей декларации, находятся в пределах моей личной профессиональной осведомленности и я могу и готов давать компетентные показания о них перед судом в случае необходимости.

2. Поскольку я являюсь адвокатом г-на Егиазаряна, и представляю его интересы в связи с уголовным делом, расследуемым в том числе по заявлению г-на Смагина, как адвокат г-на Егиазаряна, я обладаю оригиналами и копиями некоторых документов из материалов уголовного дела.

### Г-н Смагин получил решение об аресте имущества в России

3. Как указано выше, я представляю интересы г-на Егиазаряна в связи с уголовным делом, возбужденным в России по инициативе Виталия Смагина против г-на Егиазаряна.

4. 12 ноября 2010 г. г-н Смагин подал заявление в Главное следственное управление Следственного комитета при Прокуратуре Российской Федерации о наложении ареста на различные активы в обеспечение его требований к г-ну Егиазаряну, в том числе на торговый комплекс «Европарк» и на 100% акций акционерного общества «Центурион Альянс», владеющего торговым комплексом «Европарк». Прилагаю под Приложением № 1 верную копию заявления г-на Смагина о наложении ареста на имущество.

5. 25 ноября 2010 г. судья Басманного районного суда г. Москвы Солопова О.Н., рассмотрев ходатайство Главного следственного управления

---

ДЕКЛАРАЦИЯ ПО ВОЗРАЖЕНИЮ НА ЗАЯВЛЕНИЕ О ВЫДАЧЕ ЛИСТА ОБ ОБРЕМЕНЕНИИ ИМУЩЕСТВА

Следственного комитета при Прокуратуре Российской Федерации, поданное по заявлению г-на Смагина, вынесла постановление об аресте здания торгового комплекса «Европарк». Прилагаю под Приложением № 2 верную копию Постановления об аресте здания торгового комплекса «Европарк».

6. 16 декабря 2010 г. судья Басманного районного суда г. Москвы Солопова О.Н., рассмотрев ходатайство Главного следственного управления Следственного комитета при Прокуратуре Российской Федерации, поданное по заявлению г-на Смагина, вынесла постановление об аресте 100% акций акционерного общества «Центурион Альянс», владеющего зданием торгового комплекса «Европарк». Прилагаю под Приложением № 3 верную копию Постановления об аресте 100% акций акционерного общества «Центурион Альянс».

### Об участии некоторых лиц в «деле г-на Егиазаряна»

7. Прилагаю под Приложением № 4 верную копию постановления о производстве предварительного следствия следственной группой, подписанного Заместителем начальника Следственного комитета при Министерстве внутренних дел России генерал-майором юстиции Логуновым О.В. Настоящим постановлением г-н Логунов назначил состав следственной группы по уголовному делу, фактически расследуемому в отношении г-на Егиазаряна.

8. Прилагаю под Приложением № 5 верную копию сопроводительного письма Заместителя Генерального прокурора Российской Федерации Гриня В.Я., на имя Председателя Государственной Думы Федерального Собрания Российской Федерации Грызлова Б.В. о направлении для рассмотрения представления Генерального прокурора Российской Федерации о даче согласия на лишение депутатской неприкосновенности депутата Государственной Думы Федерального Собрания Российской Федерации Егиазаряна А.Г.

9. Прилагаю под Приложением № 6 верную копию протокола

ДЕКЛАРАЦИЯ ПО ВОЗРАЖЕНИЮ НА ЗАЯВЛЕНИЕ О ВЫДАЧЕ ЛИСТА ОБ ОБРЕМЕНЕНИИ ИМУЩЕСТВА

следственного действия, произведенного в рамках уголовного дела, расследуемого в отношении г-на Егиазаряна, а именно обыска в административных и складских помещениях ЗАО «Центурион Альянс». Согласно данному протоколу, в производстве обыска участвовали старшие оперуполномоченные Министерства внутренних дел Российской Федерации Дроганов Алексей Олегович и Кречетов Андрей Александрович.

10. Прилагаю под Приложением № 7 верную копию постановления о возбуждении ходатайства о продлении срока предварительного следствия по уголовному делу, расследуемому в отношении г-на Егиазаряна. Данное постановление подписано старшим следователем по особо важным делам первого следственного отдела управления по расследованию особо важных дел о преступлениях против государственной власти и в сфере экономики Главного следственного управления Следственного комитета Российской Федерации майором юстиции Стрижовым А.А. Следователь Стрижов на момент составления вышеуказанного постановления осуществлял руководство следственной группой по уголовному делу, расследуемому в отношении г-на Егиазаряна.


Настоящим заявляю, осознавая ответственность за дачу ложных показаний по законам Штата Калифорнии и Соединенных Штатов Америки, что вышеизложенное является правдивым и достоверным, и что настоящая декларация была исполнена мной 27 января 2015 г. в России в городе Москве.

_____

Дмитрий Станиславович Баранников

---

ДЕКЛАРАЦИЯ ПО ВОЗРАЖЕНИЮ НА ЗАЯВЛЕНИЕ О ВЫДАЧЕ ЛИСТА ОБ ОБРЕМЕНЕНИИ ИМУЩЕСТВА