1  Nicholas O. Kennedy (State Bar No. 280504)
   nicholas.kennedy@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   1900 North Pearl Street, Suite 1500
3  Dallas, TX  75201
   Telephone:  214 978 3000
4  Facsimile:   214 978 3099

5  Christina M. Wong (State Bar No. 288171)
    christina.wong@bakermckenzie.com
6  Anne M. Kelts (State Bar No. 298710)
    anne.kelts@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
8  San Francisco, CA  94111
   Telephone:   415 576 3000
9  Facsimile:   415 576 3099

10 Attorneys for Petitioner
   VITALY IVANOVICH SMAGIN

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                   WESTERN DIVISION

15

16 VITALY IVANOVICH SMAGIN,          | Case No.  14-cv-09764-R (PLAx)

                 Petitioner,          **PETITIONER VITALY SMAGIN'S APPLICATION TO REINSTATE THE CASE TO ACTIVE CASELOAD**
17
            v.
18
   ASHOT YEGIAZARYAN, a.k.a.          **Courtroom: 880, 8th Floor**
19 ASHOT EGIAZARYAN,
                 Respondent.          **Roybal Federal Building and U.S. Courthouse**
20                                     **255 East Temple Street**
21                                     **Los Angeles, CA 90012**
22
23
24
25
26
27
28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Petitioner and Judgment Creditor Vitaly Smagin ("Mr. Smagin") hereby respectfully requests the Court to reinstate the present case to the Court's active caseload in order for Petitioner to reinitiate discovery and other judgment enforcement proceedings in the United States against Respondent and Judgment Debtor Ashot Yegiazaryan ("Mr. Yegiazaryan").

Approximately five years after receiving an arbitration award for approximately $84 million plus interest, and more than three years after receiving an approximate $93 million judgment confirming that award in this Court [ECF 59], Mr. Smagin still has not recovered any money from Mr. Yegiazaryan.  The judgment is still fully enforceable and all appeals have been exhausted, but Mr. Yegiazaryan refuses to pay.

On April 12, 2019, the Court issued an Order denying without prejudice Petitioners' Motion for Order for Turnover of Assets (ECF 224).  The Court ordered for the parties to file a joint status report within 14 days following resolution of the proceedings currently pending before the Liechtenstein Constitutional Court.  The Liechtenstein proceedings are still in progress.  On May 23, 2019, the Court issued an Order removing the case from active caseload "until further application by the parties or Order of this Court" (ECF 225, 1:19-21).  Petitioner needs to secure necessary post-judgment discovery, notwithstanding the fact that the Liechtenstein proceedings have not yet concluded.

Petitioner respectfully requests that the Court reinstate this case on the active docket to facilitate the continuing judgment enforcement efforts and proceedings against Respondent and Judgment Debtor Ashot Yegiazaryan.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

1

Case No. 14-cv-09764-R (PLAx)
PETITIONER SMAGIN'S APPLICATION TO REINSTATE CASE TO ACTIVE CASELOAD

1    Dated:    November 18, 2019

2                                                    **BAKER & McKENZIE LLP**
                                                     Nicholas O. Kennedy
3

4                                                    By: /s/ Nicholas O. Kennedy
                                                         Nicholas O. Kennedy
5                                                        Attorneys for Petitioner
                                                         VITALY IVANOVICH SMAGIN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
PETITIONER SMAGIN'S APPLICATION TO REINSTATE CASE TO ACTIVE CASELOAD