Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:   214 978 3000
Facsimile:    214 978 3099

Christina M. Wong (State Bar No. 288171)
christina.wong@bakermckenzie.com
Anne M. Kelts (State Bar No. 298710)
anne.kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone:   415 576 3000
Facsimile:    415 576 3099

Attorneys for Petitioner
VITALY IVANOVICH SMAGIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>Petitioner,<br><br>v.<br><br>ASHOT YEGIAZARYAN, a.k.a. ASHOT EGIAZARYAN,<br><br>Respondent. | **Case No.  14-cv-09764-R (PLAx)**<br><br>**DECLARATION OF NICHOLAS O. KENNEDY IN SUPPORT OF PETITIONER VITALY SMAGIN'S APPLICATION TO REINSTATE THE CASE TO ACTIVE CASELOAD**<br><br>**Courtroom: 880, 8th Floor**<br><br>**Roybal Federal Building and U.S. Courthouse**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO PETITIONER SMAGIN'S APPL TO REINSTATE CASE TO ACTIVE CASELOAD

1. My name is Nicholas O. Kennedy. I am over the age of twenty-one years, of sound mind, have never been convicted of a felony, and am capable of making this Declaration. I have personal knowledge of the facts stated herein, except as set forth below. All of the facts herein are true and correct to the best of my knowledge. I further state that I am fully authorized and competent to testify to the matters set out in this Declaration.

2. I am an Associate in the law firm of Baker & McKenzie LLP, and I am one of the attorneys representing Petitioner and Judgment Debtor Vitaly Ivanovich Smagin ("Mr. Smagin") in the above captioned action. I am admitted to practice law in the States of California and Texas, as well as in the Central District of California.

3. I make this Declaration in support of Mr. Smagin's application for the Court to reinstate the present case to the Court's active caseload.

4. Approximately five years after receiving an arbitration award for approximately $84 million plus interest, and more than three years after receiving an approximate $93 million judgment confirming that award in this Court [ECF 59], Mr. Smagin still has not recovered from Mr. Yegiazaryan.

5. This Court's judgment of March 31, 2016 is still fully enforceable and all appeals have been exhausted. However, Mr. Yegiazaryan refuses to pay.

6. On April 12, 2019, the Court issued an Order denying without prejudice Petitioners' Motion for Order for Turnover of Assets (ECF 224).

7. By the Court Order of April 12, 2019, the Court also ordered that the parties file a joint status report within 14 days following resolution of the proceedings currently pending before the Liechtenstein Constitutional Court.

8. The Liechtenstein proceedings are still in progress.

9. On May 23, 2019, the Court issued an Order removing the case from active caseload "until further application by the parties or Order of this Court" (ECF 225, 1:19-21).

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

1

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO PETITIONER SMAGIN'S APPL TO REINSTATE CASE TO ACTIVE CASELOAD

**10.** Mr. Smagin has recently served post-judgment discovery on third-parties in the United States. He believes that this post-judgment discovery, as well as other discovery he expects to serve soon, is reasonably necessary to advance this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Dallas, TX on November 18, 2019.

/s/ Nicholas O. Kennedy
Nicholas O. Kennedy

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

2

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO PETITIONER SMAGIN'S APPL TO REINSTATE CASE TO ACTIVE CASELOAD