Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:  214 978 3000
Facsimile:   214 978 3099

Christina M. Wong (State Bar No. 288171)
 christina.wong@bakermckenzie.com
Anne M. Kelts (State Bar No. 298710)
 anne.kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone:  415 576 3000
Facsimile:   415 576 3099

Attorneys for Petitioner
VITALY IVANOVICH SMAGIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>Petitioner,<br><br>v.<br><br>ASHOT YEGIAZARYAN, a.k.a. ASHOT EGIAZARYAN,<br><br>Respondent. | **Case No.  14-cv-09764-R (PLAx)**<br><br>**[PROPOSED] ORDER REINSTATING THE CASE TO THE COURT'S ACTIVE CASELOAD**<br><br>**Courtroom: 880, 8th Floor**<br><br>**Roybal Federal Building and<br> U.S. Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
[PROPOSED[ ORDER REINSTATING THE CASE TO ACTIVE CASELOAD

1  Petitioner and Judgment Creditor Vitaly Smagin's Application to Reinstate the
2  Case to Active Caseload came before this Court;
3  Having considered the papers, all evidence submitted and the court's record, and
4  good cause finding, the Court **ORDERS** as follows:
5  **1**.   This Action is hereby reinstated and back on the Court's active caseload;
6  **2.**   The Clerk's Office is directed to reopen the case.

8  **IT IS SO ORDERED.**
9  Dated: _____   _____
10                                  Judge of the United States District Court

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

1

Case No. 14-cv-09764-R (PLAx)
[PROPOSED[ ORDER REINSTATING THE CASE TO ACTIVE CASELOAD