Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:   214 978 3000
Facsimile:    214 978 3099

Christina M. Wong (State Bar No. 288171)
christina.wong@bakermckenzie.com
Anne M. Kelts (State Bar No. 298710)
anne.kelts@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone:   415 576 3000
Facsimile:    415 576 3099

Attorneys for Petitioner
VITALY IVANOVICH SMAGIN

**DENIED**
**BY ORDER OF THE COURT!**
RGK 11-22-19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>Petitioner,<br><br>v.<br><br>ASHOT YEGIAZARYAN, a.k.a.<br>ASHOT EGIAZARYAN,<br><br>Respondent. | Case No.  14-cv-09764-R (PLAx)<br><br>**ORDER RE PETITIONER'S REQUEST REINSTATING THE CASE TO THE COURT'S ACTIVE CASELOAD**<br><br>**Courtroom: 880, 8th Floor**<br><br>**Roybal Federal Building and U.S. Courthouse**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  9411
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
ORDER RE PETITIONER'S REQUEST REINSTATING THE CASE TO ACTIVE CASELOAD

1  Petitioner and Judgment Creditor Vitaly Smagin's Application to Reinstate the
2  Case to Active Caseload came before this Court;
3  Having considered the papers, all evidence submitted and the court's record, and
4  good cause finding, the Court **ORDERS** as follows:
5      **1.**    This Action is hereby reinstated and back on the Court's active caseload;
6      **2.**    The Clerk's Office is directed to reopen the case.
7
8  **IT IS SO ORDERED.**      **DENIED**
9  Dated: November 22, 2019     BY ORDER OF THE COURT
10     Judge of the United States District Court

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 9411
Tel: 415 576 3000

1

Case No. 14-cv-09764-R (PLAx)
ORDER RE PETITIONER'S REQUEST REINSTATING THE CASE TO ACTIVE CASELOAD