Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:  214 978 3000
Facsimile:   214 978 3099

Barry J. Thompson (State Bar No. 150349)
barry.thompson@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone:  310 201 4728
Facsimile:   310 201 4721

Attorneys for Judgment Creditor
VITALY IVANOVICH SMAGIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>         Judgment Creditor,<br><br>    v.<br><br>ASHOT YEGIAZARYAN, a.k.a. ASHOT EGIAZARYAN,<br><br>         Judgment Debtor. | **Case No.  14-cv-09764-R (PLAx)**<br><br>**DECLARATION OF NICHOLAS O. KENNEDY IN SUPPORT OF JUDGMENT CREDITOR'S MOTION TO CLARIFY POST-JUDGMENT INJUNCTION**<br><br>**Date:   March 30, 2020**<br>**Time:   9:00 a.m.**<br>**Courtroom: 850, 8th Floor**<br>**Before the Honorable R. Gary Klausner**<br><br>**Roybal Federal Building and U.S. Courthouse**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

**1.**     My name is Nicholas O. Kennedy. I am over the age of twenty-one years, of sound mind, have never been convicted of a felony, and am capable of making this Declaration. I have personal knowledge of the facts stated herein, except as set forth below. All of the facts herein are true and correct to the best of my knowledge. I further state that I am fully authorized and competent to testify to the matters set out in this Declaration.

**2.**     I am a Partner at the law firm of Baker & McKenzie LLP, and I am the lead attorney representing Petitioner and Judgment Debtor Vitaly Ivanovich Smagin ("Mr. Smagin") in the above captioned action. I am admitted to practice law in the States of California and Texas, as well as in the Central District of California.

**3.**     I make this Declaration in support of Mr. Smagin's Motion to Clarify the Post-Judgment Injunction. It attaches documents with which I am personally familiar due to the fact that I have represented Mr. Smagin since the beginning of these proceedings.

**4.**     In August 2017, when Mr. Smagin filed a motion for turnover order, the parties met and conferred regarding the confidentiality of certain documents, and agreed that certain documents may be filed without sealing, notwithstanding the fact that some of the documents at issue were designated by Respondent as "confidential" or "confidential - attorney's eyes only" under the Protective Order entered in this case. Most of these documents are therefore part of the Court's public record. However, for ease of reference, true and correct copies of those documents are reattached hereto.

**5.**     Attached hereto as **Exhibit 1** is a true and correct copy of the Russian original and an English translation of the Appeal Determination of the Judicial Chamber on Criminal Cases of the Moscow City Court order dated November 15, 2018 ("Russian Appeal Determination")**.**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

1

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

**6.** Attached hereto as **Exhibit 2** is a true and correct copy of the Russian original and English translation of the Zamoskvoretsky District Court of Moscow verdict dated May 31, 2018 ("Russian Criminal Court Verdict").

**7.** Attached hereto as **Exhibit 3** is a true and correct copy of a Russian original and English translation of a letter from the Ministry for the Interior for the Russian Federation for the City of Moscow to Mr. Smagin dated September 16, 2019 regarding the international wanted list ("Russian Ministry for the Interior Letter").

**8.** Attached hereto as **Exhibit 4** is a true and correct copy of the Final Award by a three arbitrator Tribunal of the London Court of International Arbitration in *Vitaly Ivanovich Smagin v. Kalken Holdings Limited and Ashot Yegiazaryan*, Case No. 101721 dated November 11, 2014 ("London Award").

**9.** Attached as **Exhibit 5** is a true and correct copy of Mr. Smagin's Petition to Confirm Foreign Arbitral Award [9 U.S.C. § 207], filed in this case on December 22, 2014 (ECF 1) ("Petition to Confirm").

**10.** Attached hereto as **Exhibit 6** is a true and correct copy of the Joint Final Pretrial Conference Order, filed on July 16, 2018 [ECF 61-1] in the related case before this Court, *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan, et al.*, Case No. 2:17-cv-6126 ("Pretrial Order").

**11.** Attached hereto as **Exhibit 7** is a true and correct copy of a May 26, 2015 cover letter from Allen & Overy LLP to Gibson, Dunn & Crutcher LLP and a redacted version of certain portions of the settlement agreement between Mr. Kerimov and Mr. Yegiazaryan ("Kerimov Settlement Agreement"). The Kerimov Settlement Agreement was produced in this proceeding as RESPONDENT-1994-2050 and designated by Respondent as "Confidential-Attorney's Eyes Only" under the Protective Order. Notwithstanding this designation, the parties previously agreed that the redacted version submitted with this declaration may be filed without the need to file under seal, and this document has previously been publicly filed.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

**12.** Attached hereto as **Exhibit 8** is a true and correct copy of an email dated June 4, 2015 from Mr. Yegiazaryan to Cyrus Benson of Gibson, Dunn & Crutcher instructing the law firm to retain on the client account the amount of $3 million to cover current and future legal services ("June 2015 Email to C. Benson"). The June 2015 Email to C. Benson was produced in this proceeding as RESPONDENT-003307 and designated by Respondent as "Confidential-Attorney's Eyes Only" under the Protective Order. Notwithstanding this designation, the parties previously agreed that the version submitted with this declaration may be filed without the need to file under seal, and this document has previously been publicly filed.

**13.** Attached hereto as **Exhibit 9** is a true and correct copy of a chain of emails dated June 5, 2015 relating to the funding of the Alpha Trust ("June 2015 Emails re Alpha Trust"). These emails were produced in this proceeding by Respondent labelled RESPONDENT-3308-3311 and designated by Respondent as "Confidential" under the Protective Order. Notwithstanding this designation, the parties previously agreed that the redacted version submitted with this declaration may be filed without the need to file under seal. This document has also previously been publicly filed.

**14.** Attached hereto as **Exhibit 10** is a true and correct copy of Stipulation Regarding Facts and Confidential Documents in Support of Petitioner's Motion for Turnover Order filed in this action on March 4, 2019 (ECF 217-24) ("Stipulation Regarding Facts in Support of Turnover Order").

**15.** Attached hereto as **Exhibit 11** is a true and correct copy of the Declaration of Trust, dated May 27, 2015 ("The Alpha Trust"). This document was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel.

**16.** Attached hereto as **Exhibit 12** is a true and correct copy of a set of account statements from the Compagnie Monégasque de Banque ("CMB") addressed to Savannah Advisors Inc., c/o Alpenrose Wealth Management, Bates Nos. 585-659,

3

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

("CMB Account Statements"). These statements were produced to the Liechtenstein prosecutor as part of a criminal investigation and were shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

17. Attached hereto as **Exhibit 13** is a true and correct copy of Minutes of a Meeting of the Directors of the Alpha Trust, dated June 3, 2015, appointing Mr. Yegiazaryan as the investment advisor for the Alpha Trust ("Alpha Trust Minutes"). The Minutes were produced in this proceeding by Respondent labelled RESPONDENT-2411 and designated by Respondent as "Confidential-Attorney's Eyes Only" under the Protective Order. Notwithstanding this designation, the parties previously agreed that this document may be filed without the need to file under seal and this document was previously filed publicly in this action.

18. Attached hereto as **Exhibit 14** is a true and correct copy of the Written Instrument" amending the Alpha Trust dated June 2, 2015 ("Trust Amendment"). The Minutes were produced in this proceeding by Respondent labelled RESPONDENT-2408-2410 and designated by Respondent as "Confidential" under the Protective Order. Notwithstanding this designation, the parties previously agreed that this document may be filed without the need to file under seal and this document was previously filed publicly in the related case before this Court, *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan, et al.*, Case No. 2:17-cv-6126.

19. Attached hereto as **Exhibit 15** is a true and correct copy of an email exchange between Mr. Yegiazaryan and CTX Trustee, Nikolaus Wilhelm, discussing a "Letter of Wishes" ("June 2015 Trustee Email"). The June 2015 Trustee Email was produced in this proceeding by Respondent labelled RESPONDENT-3119 and RESPONDENT-3153, and designated by Respondent as "Confidential" under the Protective Order. Notwithstanding this designation, the parties previously agreed that the document may be filed without the need to file under seal and this document has been publicly filed in this case.

4

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

20. Attached hereto as **Exhibit 16** is a true and correct copy of a transaction report produced by the Compagnie Monégasque de Banque ("CMB"), Bates No. 661, reflecting payments to various entities ("Transaction Report"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

21. Attached hereto as **Exhibit 17** is a true and correct copy of a transfer statement produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 687, reflecting a $3 million transfer from Savannah Advisors to Haviaras and Philippou LLC ("Haviaras and Philippou Transfer"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

22. Attached hereto as **Exhibit 18** is a true and correct copy of a transfer statement produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 737, reflecting a $1 million transfer from Savannah Advisors to William & Buchel LLC ("William & Buchel Transfer"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

23. Attached hereto as **Exhibit 19** is a true and correct copy of a transfer statement produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 713, reflecting a $2.5 million transfer from Savannah Advisors to Vitaly Gogokhia ("Gogokhia Transfer"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

24. Attached hereto as **Exhibit 20** is a true and correct copy of a transfer statement produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 719, reflecting a $2.5 million transfer from Savannah Advisors to Vitaly Gogokhia ("Gogokhia Transfer"). This was produced to the Liechtenstein prosecutor as part of a

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

criminal investigation and was shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

25. Attached hereto as **Exhibit 21** is a true and correct copy of the Second Witness Statement of Ashot Gevorkovich Egiazaryan on behalf of claimants, dated February 17, 2012 submitted in *Ashot Egiazaryan et. al. v. Suleyman Kerimov et. al.*, London Court of International Arbitration, Case Nos. 101689 and 101691 ("Second Witness Statement").

26. Attached hereto as **Exhibit 22** is a true and correct copy of an email regarding additional transfers from the Alpha Trust ("July 2015 Alpha Transfer Email"). The July 2015 Alpha Transfer Email was produced in this proceeding by Respondent labelled RESPONDENT-3115, and designated by Respondent as "Confidential" under the Protective Order. Notwithstanding this designation, the parties previously agreed that this redacted version of this document may be filed without the need to file under seal and this document has been publicly filed.

27. Attached hereto as **Exhibit 23** is a true and correct copy of a transfer statement produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 707, reflecting a $2.5 million transfer from Savannah Advisors to Dmitry Fitisov ("Fitisov Transfer"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

28. Attached hereto as **Exhibit 24** is a true and correct copy of the First Witness Statement of Ashot Gevorkovich Egiazaryan on behalf of claimants, dated May 13, 2011 in *Ashot Egiazaryan et al. v. Suleyman Kerimov et al.*, London Court of International Arbitration, Case Nos. 101689 and 101691 ("First Witness Statement").

29. Attached hereto as **Exhibit 25** is a true and correct copy of a transfer statement produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 669, reflecting a $2.5 million transfer from Savannah Advisors to Drew Holiner ("Holiner Transfer"). This was produced to the Liechtenstein prosecutor as part of a criminal

6

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

investigation and was shared with Mr. Smagin's counsel. Account numbers and personal identification have been redacted.

30. Attached hereto as **Exhibit 26** is a true and correct copy of a Savannah Advisors Inc. tax declaration produced by Compagnie Monégasque de Banque ("CMB"), Bates Nos. 385-387, reflecting Ashot Yegiazaryan's signature as a beneficiary ("Savannah Tax Declaration"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel.

31. Attached hereto as **Exhibit 27** is a true and correct copy of the Savannah Advisors Inc.'s Certificate of Incumbency and September 2014 meeting minutes produced by Compagnie Monégasque de Banque ("CMB"), Bates Nos. 469-471, reflecting that Codex Services S.A., a Panamanian company, is a director of Savannah Advisors ("Savannah Certificate and Minutes"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel.

32. Attached hereto as **Exhibit 28** is a true and correct copy of Savannah Advisors Inc.'s Shareholder Resolution produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 467, reflecting that Ashot Yegiazaryan has joint signature authority with the Savannah Advisor's Monaco Bank Account ("Shareholder Resolution"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel.

33. Attached hereto as **Exhibit 29** is a true and correct copy of Savannah Advisors Inc.'s signature authorization produced by Compagnie Monégasque de Banque ("CMB"), Bates No. 245, reflecting that Ashot Yegiazaryan has joint signature authority ("Signature Authorization"). This was produced to the Liechtenstein prosecutor as part of a criminal investigation and was shared with Mr. Smagin's counsel. Account numbers have been redacted.

7

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

34. Attached hereto as **Exhibit 30** is a true and correct copy of Respondent Ashot Yegiazaryan's Response to Petitioner Vitaly Ivanovich Smagin's Amended First Set of Interrogatories, dated January 11, 2016 served in this case ("Interrogatories").

35. Attached hereto as **Exhibit 31** is a true and correct copy of Respondent Ashot Yegiazaryan's Response to Petitioner Vitaly Ivanovich Smagin's Amended First Set of Requests for Production, dated January 11, 2016 served in this case ("Requests for Production").

36. Attached hereto as **Exhibit 32** are true and correct copies of the Family Law Stipulation and related documents dated July 6, 2015, obtained through Mr. Smagin's intervention in Mr. Yegiazaryan's divorce proceeding (Superior Court of Los Angeles County, *Tsagolova v. Egiazaryan,* Case No. BD 595136) ("Divorce Stipulation").

37. Attached hereto as **Exhibit 33** is a true and correct copy of the Order on Ex Parte Request for Orders Re Restraining Orders, Access to Sealed Documents and Notice to Parties, filed in the divorce case of Mr. Yegiazaryan, *In Re Marriage of Petitioner Natalia Tsagolova and Respondent Ashot Egiazaryan*, previously pending before the Los Angeles County Superior Court and filed on February 9, 2016 ("February 9, 2016 Intervention Order").

38. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the Transcript of Judgment Debtor's Examination under Oath, dated July 11, 2017, Page Nos. 61-66, 70-71, 74-75, 78, along with the cover pages and the court reporter's signature page ("July Debtor Examination"). While the cover page of the transcript indicates it is confidential, the parties agreed that Mr. Yegiazaryan would have 30 days after receipt of the transcript to designate specific portions as confidential and that any portions not designated would no longer be confidential. None of the excerpts included in this exhibit were designated as confidential by Mr. Yegiazaryan.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

8

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

**39.** Attached hereto as **Exhibit 35** is a true and correct copy of the Amended Memorandum issued by the U.S. Court of Appeals for the Ninth Circuit and filed in this case on March 4, 2019 (ECF 217-23) ("Amended Memorandum").

**40.** Attached hereto as **Exhibit 36** is a true and correct copy of the September 7, 2018 Judgment of the Liechtenstein Supreme Court and an English translation ("2018 Liechtenstein Judgment").

**41.** Attached hereto as **Exhibit 37** is a true and correct copy of Mr. Smagin's Memorandum of Points and Authorities in Support of Petitioner's Motion for Turnover Order, filed in this case on March 4, 2019 (ECF 217-1) ("Petitioner's Motion for Turnover Order").

**42.** Attached hereto as **Exhibit 38** is the German original and English translation of the Liechtenstein Constitutional Court Order dated October 29, 2019, in the case entitled *Ashot Egiazaryan v. Vitaly Ivanovich Smagin*, Case No. StGH2018/111, rejecting Mr. Yegiazaryan's appeal ("2019 Liechtenstein Ruling").

**43.** Attached hereto as **Exhibit 39** is a true and correct copy of the Claim Form and Statement of Claim titled "In the Matter of Savannah Advisors Inc.", Claim No. NEVHCV2019/0127, filed on November 5, 2019, by Claimant Suren Egiazaryan against alleged Defendants Savannah Advisors Inc., Thomas Wilhem, Nikolaus T. Wilhelm, Codex Services S.A., CTX Treuhand Aktiengesellschaft (as Trustee of Alpha Trust), and Ashot Egiazaryan (aka Yegiazaryan) in the Eastern Caribbean Supreme Court, In the High Court of Justice St. Christopher and Nevis, Nevis Circuit (Civil) ("Nevis Claim").

**44.** Attached hereto as **Exhibit 40** is a true and correct copy of Ashot Yegiazaryan's Defence in the action titled "In the Matter of Savannah Advisors Inc.", Claim No. NEVHCV2019/0127, filed on February 14, 2020 in the Eastern Caribbean Supreme Court, In the High Court of Justice St. Christopher and Nevis, Nevis Circuit (Civil) ("Nevis Defence").

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

**45.** Attached as **Exhibit 41** is a true and correct copy of the Declaration of Ashot Yegiazaryan in Opposition to Motion for a Turnover Order filed in this case on March 11, 2019 (ECF 219-3) ("A. Yegiazaryan Declaration").

**46.** Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of the Transcript of Judgment Debtor's Examination under Oath, dated December 1, 2017, Page Nos. 60-61, 64-65, 67-69, 98, 101-102, 169, 177-180, along with the cover pages and Court Reporter's signature page ("December Debtor Examination"). While the cover page of the transcript indicates it is confidential, the parties agreed that Mr. Yegiazaryan would have 30 days after receipt of the transcript to designate specific portions as confidential and that any portions not designated would no longer be confidential. None of the excerpts included in this exhibit were designated as confidential by Mr. Yegiazaryan.

**47.** Attached hereto as **Exhibit 43** is a true and correct copy of the Russian original and English translation of a document titled "Agreement" between the parties Ashot Yegiazaryan, Arem Yegiazaryan, and Suren Yegiazaryan dated February 20, 2011 ("Yegiazaryan Agreement").

**48.** Attached hereto as **Exhibit 44** is a true and correct copy of the Declaration of Andrey Gloriozov in Support of Motion and Motion for An Order Directing Olga Baklan to Produce Documents and Appear for Oral Examination, in the U.S. Bankruptcy case *In Re Natalia Tsagolova*, previously pending before the U.S. Bankruptcy Court for the Central District of California, Case No. 2:15-bk-25503 SK ("Gloriozov Decl.").

**49.** Attached hereto as **Exhibit 45** is a true and correct copy of Ashot Yegiazaryan's Cross-Complaint dated June 1, 2015, in the *Midas Immobilientreuhand v. Ashot Yegiazaryan, et al.* case, Case No. BC558849, pending before the Los Angeles County Superior Court ("Midas Cross-Complaint").

**50.** Attached hereto as **Exhibit 46** is a true and correct copy of the Judgment of Mr. Justice Teare in Case No: 2014 FOLIO 1479 before the High Court of Justice,

10

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Queen's Bench Division, Commercial Court, dated July 9, 2015 ("English Court Ruling").

52. Attached hereto as **Exhibit 47** is a true and correct copy of the Chief Investigative Directorate of Investigative Committee of the Russian Federation's Record of Investigation of Edward Michael Nimmo-Smith conducted on November 23, 2011 ("Nimmo-Smith Record").

52. Attached hereto as **Exhibit 48** is a true and correct copy of Natalia Tsagolova's Declaration in support of request for *ex parte* relief in Ms. Tsagolova's and Mr. Yegiazaryan's divorce proceeding (Superior Court of Los Angeles County, *Tsagolova v. Egiazaryan,* Case No. BD 595136) ("Tsagolova Decl.").

53. Attached hereto as **Exhibit 49** is a true and correct copy of the Declaration of Suren Yegiazaryan in Opposition to Motion for a Turnover Order filed in this case on March 11, 2019 (ECF 219-4) ("S. Yegiazaryan Declaration").

54. On February 20, 2020, I sent an email to Mr. Yegiazaryan's counsel, Michael Adler to meet and confer pursuant to Local Rule 7-3. This email explained the basis for the relief sought by this motion and requested that Mr. Adler speak with me by phone on Friday February 21, or Monday February 24. After a follow up email I sent on February 22 on February 23 to tell me that he was in Court on Monday February 24 and would need to investigate these issues with his client and colleagues on Tuesday to allow for meaningful discussions. Mr. Adler suggested a call on Wednesday, February 26. I spoke with Mr. Adler and counsel for Suren Yegiazaryan on Wednesday, February 26. During that call, I discussed the basis for filing Mr. Smagin's Motion to Clarify the Post-Judgment Injunction. The Parties were unable to reach agreement on the issues raised concerning the Motion.

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

11

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Southlake, Texas on March 2, 2020.

/s/ Nicholas O. Kennedy
Nicholas O. Kennedy

12

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

Case No. 14-cv-09764-R (PLAx)
DECLARATION OF NICHOLAS O. KENNEDY ISO MOTION TO CLARIFY POST-JUDGMENT INJUNCTION