# EXHIBIT 13

## MINUTES OF A MEETING OF THE DIRECTORS OF CTX TREUHAND AG AS TRUSTEES OF THE ALPHA TRUST, HELD ON 3rd JUNE 2015 AT 9.30am AT LOVA-CENTER, FL-9490 VADUZ, LIECHTENSTEIN

**1 Present:** Dr.iur. Thomas Wilhelm
Nikolaus T. Wilhelm

**2 Chairman:** Dr Wilhelm has been appointed as chairman of the meeting

**3 Secretary:** Nikolaus Wilhelm has been appointed as secretary of the meeting

**4 Quorum:** A quorum was present

### 5 Appointment of Ashot Egiazaryan as Investment Advisor

It has been tabled to the meeting a request to appoint Ashot Egiazaryan as Investment Advisor for Savannah Advisors Inc.

The Trustees have been provided with a CV of Ashot Egiazaryan showing his educational background as well as his track record as banker, which is attached hereto.

The CV shows that Ashot Egiazaryan holds a degree as well as a PhD in economics and has many years in banking experience privately and in his political functions.

After due consideration **IT HAS BEEN RESOLVED**

To appoint Ashot Egiazaryan as Investment Advisor and instruct the directors of Savannahs Advisors Inc. to execute all necessary steps to achieve this.

### 6 Closure of the meeting:

There being no further matters on the agenda, the chairman declared the meeting to be closed.

_____
Dr.iur. Thomas Wilhelm
Chairman

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      Respondent 002411