# EXHIBIT 14

## WRITTEN INSTRUMENT

This Written Instrument is made the 2ⁿᵈ day of June 2015 by the party named in the First Part of the Schedule hereto being the Trustee of the one part and the party named in the Second Part of the Schedule on the other part being the Protector of a settlement (Treuhänderschaft), short particulars of which are set forth in the Third Part of the Schedule hereto (hereinafter called "the Principal Deed").

WHEREAS:

A.  In exercise of the powers contained in Clause 12 of the Principal Deed, power is reserved to the Trustee to alter the provision of the deed with the consent of the protector.

B.  The Trustee desires to exercise some of his power under the Principal Deed.

C.  This Deed is supplemental to the Principal Deed.

D.  In this Deed, all terms, phrases and expressions shall have the meaning ascribed to them in the Principal Deed unless otherwise defined in this deed or if the context requires otherwise.

NOW THIS DEED WITNESSETH AS FOLLOWS:

(1) In exercise of the powers contained in Clause 12 of the Principal Deed, the

Trustee herewith changes the following paragraphs of the Principal Deed:

(A) The wording of Paragraph 14.4. is from now on **"The prior written consent of**

**the Protector shall be required for the exercise by the Trustees of their powers**

**and rights under Clauses 2.4., 2.5.1., 3., 5., 8., 11., 12., 16.2., 16.3., and the**

**powers contained in the First Schedule"**

(B) In paragraph 14 the following clause will be added:

„14.05. The Protector shall have the power to dismiss and appoint the Trustees

by written instructions."

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Respondent 002408

THE SCHEDULE ABOVE REFERRED TO:

First Part:     CTX TREUHAND AKTIENGESELLSCHAFT
                of Lova-Center, PO Box 1150, FL-9490 Vaduz

Second Part:    Ashot Egiazaryan

Third Part :    Trust dated 27th May 2015

                known as the ALPHA TRUST


IN WITNESS WHEREOF this Deed was executed the day and year first above written.


Duly executed by the said        )
CTX TREUHAND AG                   )
in accordance with its constitution )
and the law of its place of       )
incorporation:                    )

In the presence of:

Werner Fritsch
Lova-Center
FL-9490 Vaduz


Duly executed by the said        )
Mr Ashot Egiazaryan:             )

In the presence of:

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          Respondent 002409

THE SCHEDULE ABOVE REFERRED TO:

First Part:          CTX TREUHAND AKTIENGESELLSCHAFT
                     of Lova-Center, PO Box 1150,  FL-9490 Vaduz

Second Part:         Ashot Egiazaryan

Third Part :         Trust dated 27th May 2015

                     known as the ALPHA TRUST


IN WITNESS WHEREOF this Deed was executed the day and year first above written.

Duly executed by the said     )
CTX TREUHAND AG               )
in accordance with its constitution  )
and the law of its place of   )
incorporation:                )

In the presence of:

Werner Fritsch
Lova-Center
FL-9490 Vaduz


Duly executed by the said     )
Mr Ashot Egiazaryan:          )

In the presence of:

SUREN   EGIAZARYIAN
655 ENDINO PLACE,
Beverly HILLS, CA 90210

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Respondent 002410