# EXHIBIT 26

Account No_ [Redacted]

## Business relationship form
### Form relating to US withholding tax/legal entity
### Securities and income subject to US withholding tax
### Declaration concerning Non-US Person status

*The undersigned* [1]

_____SAVANNAH         ADVISORS     INC._____
*Company name*

In accordance with applicable provisions relating to US withholding tax, and in order to determine the Non-US Person or US Person status of the undersigned (for the purpose of US withholding tax), the above company hereby declares and confirms the following information:

*Declaration concerning Non-US Person/US Person status (legal entity)*
Please tick the appropriate boxes

| | | |
|---|---|---|
| Is the company's registered office in the USA (or in US territory[2])? | ☐ Yes | ☒ No |
| Does the company's business generate US-source income? | ☐ Yes | ☒ No |
| Does the company pay federal corporate income tax in the USA? | ☐ Yes | ☒ No |

What is the company's corporate object?

_____

| | | |
|---|---|---|
| Could the company be considered to be a Foreign Financial Institution (FFI)? | ☒ Yes | ☐ No |
| If yes, Does it have Qualified Intermediary (QI) status? | ☒ Yes | ☐ No |

What is the company's legal form (Trust, Holding Company etc.)?

_____Company_____

| | | |
|---|---|---|
| Does the company declare income to the US tax authorities? | ☐ Yes | ☒ No |
| Does the company have Active Non-Financial Foreign Entity (NFFE) status? | ☐ Yes | ☒ No |

Who are the company's beneficial owners?

____Alpha Trust , Liechtenstein Trust_____
____Settlor , Ashot Egiazaryan_____

---

[1] The singular includes the plural and the masculine includes the feminine.
[2] US territories: American Samoa, Guam, Guantanamo Bay (Cuba), Northern Mariana Islands, Puerto Rico, Minor outlying islands, US Virgin Islands, Wake Island

Are any of the company's beneficial owners and shareholders US Persons?  ☒ Yes  ☐ No

A declaration concerning Non-US Person/US Person status must be completed for each of the company's beneficial owner and shareholder (*Annexe to the business relationship form for legal entities*)

What percentage of the shares is held directly and indirectly by US Person beneficial owners?

100 %

The undersigned accepts that, for the purpose of the FATCA regulations *(Foreign Account Tax Compliance Act)*, Compagnie Monégasque de Banque (CMB) may exchange information with the US tax authorities.

The undersigned hereby authorises CMB to deduct withholding tax if a US Person fails to declare assets to the US tax authorities.

In accordance with amendments made to US tax law, the undersigned undertakes to inform the Compagnie Monégasque de Banque (CMB) immediately of any change in its Non-US Person status and/or that of its shareholders and/or beneficial owners. The undersigned also acknowledges that any failure to inform CMB immediately of any change in its Non-US Person status and/or that of its shareholders and/or beneficial owners or any false declaration made in this respect will give CMB justifiable grounds to terminate the entire banking relationship.

This form is associated with Compagnie Monégasque de Banque's account operating conditions. The undersigned declares that it has read and understood these conditions and has received a copy of them.

*Signature*

Monaco       3/6/15       [signature]
Place        Date         Signature

If you are a US Person, CMB advises you to consult your tax advisor, in order to ensure full compliance with US tax declaration and payment requirements.