# EXHIBIT 28

# SHAREHOLDER RESOLUTION

## of the Shareholder of

## SAVANNAH ADVISORS Inc., Nevis

With regard to the account opening with Compagnie Monégasque de Banque (CMB), 23, Avenue de la Costa, 98000 Monaco it has been resolved:

That Mr Ashot Egiazaryan, shall be appointed as joint signatory on the account

It has further been resolved that each director shall have joint signatory right by two together with Mr Ashot Egiazaryan only.

It has been resolved that only by written resolution of the shareholders any terms of the account and particularly the signatory right might be amended.

Date: 2nd June 2015

_____
CTX Treuhand AG as Trustee of the Alpha Trust

_____
Approved by the Protector