# EXHIBIT 29



## SIGNATURES AUTORISEES / PERSONNES MORALES

COMPAGNIE MONEGASQUE DE BANQUE
Principauté de Monaco

| Raison ou dénomination sociale | | | | Numéro de la racine | |
|---|---|---|---|---|---|
| SAVANNAH ADVISORS INC. | | | | Redacted | |
| Identité des Administrateurs- Gérants - Directeurs habilités à signer sur le compte | | | | | |
| Noms | Prénoms | Date | Lieu de naissance | Profession | Nationalité |
| 1 WILHELM | Thomas | 29.09.1955 | FL | Avocat | FL |
| 2 WILHELM | Nikolaus | 23.09.75 | FL | Fiduciaire | FL |
| 3 EGIAZARIAN | Ashot | 24.07.65 | Russia | | Russia |
| 4 | | | | | |

Adresse siège social :
Adresse courrier :

Adresse courrier :

Signatures des Administrateurs - Gérants - Directeurs - Régime des signatures :  ☐ individuelle   ☒ collective à deux avec Mandataire

## SIGNATURES AUTORISEES / PERSONNES MORALES

| Raison ou dénomination sociale | | | | Numéro de la racine | |
|---|---|---|---|---|---|
| | | | | | |
| Identité des Mandataires | | | | | |
| Noms | Prénoms | Date | Lieu de naissance | Profession | Nationalité |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

Adresse domicile des mandataires :

Adresse courrier :
Signatures des Mandataires - Régime des signatures :  ☐ individuelle   ☐ collective à