UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:14-cv-09764-RGK-PLA | Date | June 8, 2020 |
|---|---|---|---|
| Title | *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order to Show Cause**

On April 1, 2020 this Court granted Plaintiff Vitaly Ivanovich Smagin's request for an Order clarifying its November 14, 2016 worldwide post-judgment injunction. That Order stated as follows:

> Mr. Yegiazaryan, his cousin Suren Yegiazaryan, his brother Artem Yegiazaryan, Vitaly Gogokhia, the trustees of the Alpha Trust and any others acting on behalf of Mr. Yegiazaryan, directly or indirectly, including but not limited to attorneys or nominees for each of these parties must immediately cease all actions in Nevis or any other jurisdiction that would prevent, hinder, or delay Mr. Smagin's ability to collect on the assets of the Alpha Trust pursuant to the current and forthcoming orders of the Liechtenstein Court or this Court.
> To the extent any such enforcement actions have already begun, they must be immediately stopped and any funds held by or on behalf of Suren Yegiazaryan or Judgment Debtor Yegiazaryan must be immediately returned to the Monaco Bank Account of Savannah Advisors, or any other location, from which they came.

Both Plaintiff and Defendant Ashot Yegiazaryan have supplied evidence that they made Vitaly Gogokhia aware of this Court's Order. Nevertheless, On April 15, 2020, Mr. Gogokhia sought to extend a worldwide asset-freeze order against the assets of the Alpha Trust in the Eastern Caribbean Supreme Court (St. Christopher and Nevis). Furthermore, Mr. Gogokhia's lawsuit in Nevis evidently remains active, and his Nevis counsel has represented that he intends to proceed in his efforts to enforce a judgment against the Alpha Trust assets.

| Title | 2:14-cv-09764-RGK-PLA: *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan* |
|---|---|

    This Court therefore Orders Mr. Gogokhia to show cause no later than **June 15, 2020** as to why he should not be found in contempt. Such response shall be limited to **10 pages**. The Court Orders Plaintiff to provide Vitaly Gogokhia a copy of this Order through his Nevis counsel no later than **Tuesday, June 9, 2020**, and to file a declaration with the Court affirming that he has done so.

    **IT IS SO ORDERED.**

                                                                                                      :

Initials of Preparer