Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Michael V Schafler (Bar No. 212164)
mschafler@cohen-williams.com
Neil S. Jahss (Bar No. 162744)
njahss@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Respondent,
ASHOT YEGIAZARYAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>Petitioner,<br><br>v.<br><br>ASHOT YEGIAZARYAN, a.k.a.<br>ASHOT EGIAZARYAN,<br><br>Respondent. | Case No. 2:14-cv-09764-RGK-PLA<br><br>**DECLARATION OF ASHOT YEGIAZARYAN IN OPPOSITION TO MOTION FOR CIVIL CONTEMPT ORDER**<br><br>Hearing Date:  August 24, 2020<br>Hearing Time:  9:00 a.m.<br>Location:  Courtroom of the Hon. R. Gary Klausner |

# DECLARATION OF ASHOT YEGIAZARYAN

I, Ashot Yegiazaryan, declare:

1. I am over the age of twenty-one, of sound mind, and have never been convicted of a felony. I am the named respondent in this action. Except where otherwise indicated, I have personal knowledge of the facts stated in this declaration. Although English is not my native language, I have had this declaration translated to me, and I believe all of these facts set forth herein are true and correct to the best of my knowledge.

2. I first received notice of Natalia Dozortseva's *Ex Parte* Application for a Freezing Injunction and Ancillary Relief ("Nevis Application") on July 22, 2020, when my attorneys at Cohen Williams LLP forwarded a cease-and-desist email from Nicholas Kennedy, lead counsel for Vitaly Smagin in this action. (ECF 300-10 at 2.) My attorneys sent me a copy of Ms. Dozortseva's Nevis Application (without exhibits) the following day, on July 23, 2020. Prior to receiving Mr. Kennedy's email, I had no knowledge of Ms. Dozortseva's Nevis Application or any underlying court action in Nevis. To this day, I have never spoken with Ms. Dozortseva about her Nevis Application or any related court proceedings in Nevis, nor did I ever ask her – directly or indirectly – to file any such application.

3. I am familiar with the terms of this Court's November 14, 2016 permanent injunction, April 1, 2020 "clarifying" order, and July 9, 2020 Order denying Mr. Smagin's first motion for contempt against me. Although my attorneys have appealed the April 1 and July 9 Orders, I understand that all three Orders are in force and must be complied with. Because the July 9 Order prohibits "Defendant from making any attempt to alter or amend the administration of either the company Savannah Advisors or the Monaco bank account [containing the assets of the Alpha Trust], or from taking any further actions with respect to those entities, without this Court's approval" (ECF 296 at 7), I would not direct or otherwise participate in any court proceedings pertaining to Savannah Advisors, including Ms. Dozortseva's Nevis Application, without first seeking leave of this Court.

4. As explained in the accompanying Declaration of Moritz Blasy, one of my Liechtenstein attorneys, the trustees of the Alpha Trust are not required to grant requests that I make in my role as protector or beneficiary.

5. As I explained in my March 9, 2020 declaration in opposition to Mr. Smagin's motion to "clarify" the November 14, 2016 injunction (ECF 231-1 at 13:2-9), one such example of the trustees' non-compliance with a request that I made took place in the summer of 2015, when my wife and I sought a $3 million distribution to my wife from the Alpha Trust at the insistence of my wife's divorce attorneys. Attached hereto as Exhibit 1 is a copy of a July 21, 2015 letter addressed to me from CTX Treuhand AG, then the sole trustees of the Alpha Trust, refusing to make the requested distribution. To the best of my knowledge, no payment to my wife from the Alpha Trust has been made.

6. Attached hereto as Exhibit 2 is a copy of a July 31, 2020 email that I received from Pierre Gabris, CEO of Alpenrose Wealth Management AG ("Alpenrose"). Mr. Gabris's email appended a July 29, 2020 letter from Edouard Cure and Sophie Saurini, respectively the Chief Legal Officer and Sales Manager of Compagnie Monégasque Banque ("CMB"), to Mr. Gabris. A copy of that July 29 letter and its English translation are also attached as part of Exhibit 2.

7. Since June 2015, Alpenrose has served as the exclusive asset manager for Savannah Advisors Inc. ("Savannah Advisors"), which is the wholly owned Nevis subsidiary of the Alpha Trust and owner of the bank account that holds the trust's assets at CMB in Monaco. As the asset manager for Savannah Advisors, Alpenrose has been responsible for devising strategies for investing the funds and assets belonging to Savannah Advisors and implementing those strategies.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on August 2, 2020 at Los Angeles, California.

By: _____
Ashot Yegiazaryan