# EXHIBIT "A"

By email: jury@cacd.uscourts.gov

To the attention of Justice R. Gary Klausner Case 2:14-cv-09764-RGK-PLA

WITNESS STATEMENT IN REPLY TO THE NOTICE OF JUDGMENT DEBTOR'S CONTINUED NON-COMPLIANCE

Dear Justice Klausner,

I'm writing this Statement in reply to the Claimant's solicitors' Notice of Judgment Debtor's Continued Non-Compliance (hereinafter – the Notice).

I have prepared this Statement myself, without any legal help as I discharged Cohen Williams LLP ("CW") as my attorneys in this proceeding on September 28, 2020.

I would like to apologize in advance for any mistakes and inconsistencies with the court's procedural regulations as I'm not familiar with them.

I would like to reply to the Notice and explain the whole situation myself.

1. Alpha Trust was constituted on 27th May 2015 as an irrevocable Trust, in the Principality of Liechtenstein, registered with the Liechtenstein commercial register under register number FL-0002.510.771-1.

2. I was a settlor of the Alpha Trust and its first Protector.

3. The trust was created back in 2015 by my lawyers and on their

recommendation in order to ensure that my children would have financially secure future. The beneficiaries of the Alpha Trust are my children.

4. At the moment when I granted the money into the trust I ceased to be their owner and lost any interest in them. Since 2015 the money belongs to the trust, which must manage them in the interests of beneficiaries.

5. The only asset of the Alpha Trust are the shares of Savannah Advisors Inc. ("Savannah") incorporated 29th September 2014 in St. Kitts and Nevis.

### Trust Litigation

6. Vitaly Smagin ("Mr. Smagin") is my former business associate in development project in Moscow (Russia). Smagin has a bad reputation in Russia as a raider and fraud. Many court proceedings were initiated against him in Russia to the point that he is currently under court procedure of personal bankruptcy in Russia for his numerous debts (not related to Mr Ashot Egiazaryan and their former development project).

7. On 11 November 2014 Mr. Smagin obtained an arbitral award under the London Court of Arbitration ("LCIA Award") to recover USD 72 million from me personally. Soon after the award was issued I offered to Mr. Smagin to enter into a settlement agreement. Under the settlement I offered to recognize my personal debt before Mr. Smagin and to repay it. Mr. Smagin refused and instead launched a campaign on recovery of my debt from the Alpha Trust, even though the Alpha Trust is not and has never been a party of litigation between myself and Mr. Smagin and is not responsible for my debts.

8. On 21 November 2016 Mr. Smagin obtained a decision on enforcement of the LCIA award against me in Liechtenstein.

      The Alpha Trust wasn't even a defendant in those proceedings.

9. By a separate order, Liechtenstein court attached the overall rights that I was entitled to, in my capacity as the settlor, protector and beneficiary of Alpha Trust (FL-0002.510.771-1), against CTX Treuhand Aktiengesellschaft, the first trustee of Alpha Trust (FL-0002- 510.771-1) exclusively. Other rights of the protector under the declaration of the trust have not been covered by the attachment orders and in my view, not susceptible to attack devoid of the other mandatory obligations under the terms of the Alpha Trust's trust deed.

      Decisions of Liechtenstein courts were appealed by me and there is not yet a final court judgement on this regard.

### The management of the Alpha Trust

10. Mr. Smagin, in contradiction with the court orders, has proceeded in the intervening period (under the court order of 2nd March 2020) to "dismiss" CTX as Trustee with immediate effect, and to "appoint" Rudolf Schächle and Raphael Näscher, his agents, as Trustees of Alpha Trust (trustees of the Alpha Trust do not recognize this appointment and are contesting it) and to subsume the authority of the Protector. Mr. Smagin acted in direct contravention of the Trust Deed and acting on the purported authority of the Court Order of 2nd March 2020.

11. On 31 March 2020 by a share transfer instrument CTX transferred the shares of Savannah to Rudolf Schächle and Raphael Näscher.

12. On the 31st of March 2020 I, acting as a protector of the Alpha Trust, appointed Ms. Natalia Dozortseva and later in April – Ms. Murielle Jouniaux as trustees of the trust.

13. According to the clause 10 of the Declaration of Trust:

    - THE minimum number of Trustees of this Trust shall be two or

a trust company and the maximum number shall be five.

- if the number of Trustees exceeds one then all the Trustees have to act unanimously. The Trustees are however entitled to delegate all business acts, exercise of power and discretions to one or more of their Co-Trustees to the extent as they consider in their discretion such delegation is advisable

However, Rudolf Schächle and Raphael Näscher keep ignoring the Declaration of Trust and are acting solely on instructions of Mr. Smagin and in detriment of the Alpha Trust and its beneficiaries. They illegally changed directors of Savannah Advisors, attempted to enter into a settlement agreement with Mr. Smagin, refuse to provide trustees of the Alpha Trust with documents and information about the trust and its assets.

14. The beneficiaries of the Alpha Trust, as it was pointed out above, are my children.

15. By written instrument dated 3 April 2020 in conformity with the trust deed and in compliance with Lihtenshtein law I appointed Mr Alexis Gaston Thielen as a substitute protector in case of my disability. I had to make this appointment in order to prepare myself for a probability that at some point I would not be able to perform my duties as a protector of the Alpha Trust, because my health that was already in a poor state started to deteriorate even further because of the stress that I suffer due to Mr. Smagin's actions against me. Mr. Thielen is my lawyer and a very well respected advocate.

16. On 23 September 2020 I notified Mr. Thielen and trustees about my state of disability (for health reasons), and since then the sole Protector of the Alpha Trust has been Mr. Alexis Gaston Thielen with all the powers provided to him by the Declaration of trust. Despite the fact that the reason for my resignation was my poor health state, the trust deed doesn't provide any possibility for me to be reinstated automatically to the position of a protector.

17. I could not remain a protector of the trust anymore because of my critical health condition (explained below in details) and because I was found in contempt of court and could barely think about anything apart of the sanctions that were imposed on me and Mr. Smagin's lawyer's constant threats to have them escalated. I was and still remain under a great deal of stress. Besides, I'm not the owner of the money that I granted into the trust since I actually settled it in 2015, and the trust should not bear responsibility for my debts.

18. According to the clause 10 of the Declaration of Trust:

    - if the number of Trustees exceeds one then all the Trustees have to act unanimously.

    The Trustees are however entitled to delegate all business acts, exercise of power and discretions to one or more of their Co-Trustees to the extent as they consider in their discretion such delegation is advisable

19. However, Rudolf Schächle and Raphael Näscher keep ignoring the Declaration of Trust and are acting solely on instructions of Mr. Smagin and in detriment of the Alpha Trust and its beneficiaries. They illegally changed directors of Savannah Advisors, attempted to transfer money from the trust that belonged to my children, refused to provide trustees of the Alpha Trust with documents and information about the trust and its assets.

## Compliance with the court orders

20. I have always been doing everything I can in order to comply with you Order dated 16 September 2020. Immediately after I learnt about the order I gave instructions to my lawyer Mr. Marc S. Williams from Cohen Williams LLP to prepare all what is necessary to comply with it.

21. Under my instruction on 21 September 2020 Mr. Williams sent a letter to a trustee of the Alpha Trust Ms. Natalia Dozortseva

22. ordering her to cease all court actions in various jurisdictions, in accordance with the Order (the letter is attached). She replied that she agreed to do what she was asked to, to the extent that these instructions do not to violate the law of her jurisdiction (attached).

22. However, on 23 September 2020 my health deteriorated so bad and so extremely rapidly, that I was urgently (by 911) taken to a Cedar Sanai hospital. I have serious health condition, with very grave chronic deceases, and the stress I suffered after I was found in contempt of court, I think, has worsened my condition.

23. As I informed the court earlier, I spent 4 days in emergency barely conscious, and was released from it despite my doctors' protests and under my own responsibility. I felt that I need to get out of the hospital in order to deal with the Order matters.

24. Just before I was taken to a hospital I signed a written notice of transfer the powers of protector of the Alpha Trust to my substitute protector, professional advocate Mr. Lex Thielen, as provided by the written instrument dated 3 April 2020. Since then I have no longer been protector of the Alpha Trust. I'm nobody in the trust and have no influence over it. All parties, including the Claimant and his lawyers are aware about the fact that I ceased to be a protector of the Alpha Trust (I asked my lawyer to inform all interested parties about it). Regardless this fact Claimant and his lawyers keep harassing me and misleading the court by filing new application for escalation of the contempt punishment.

25. Mr Smagin and his lawyers by abuse of law attempted to put me to jail only because I was a protector of the Alpha Trust. Besides, I'm not the owner of the money that I settled into the trust since I actually granted them in 2015, and the trust should not bear responsibility for my debts.

26. After I was released from the hospital I learnt that the court did not accept my personal declaration where I: (1) informed the court that all measures to comply with the Order have been taken, (2) obtained from Ms. Dozortseva and transferred to the court evidence that she complied with the Order. (3) informed the court that I was in hospital completely incapable to deal with the Order matters. This failure undoubtedly leads to the issuance of the Order dated 24 September 2020, which stated that I remained in contempt, even though I was in reanimation on the dated the order was made.

27. Since 25 September, even though I was released from the hospital, my condition is still far from normal and I have to take prescription medications and remain under a medical supervision. I'm not fit to participate in the court proceedings.

28. Mr. Smagin and his lawyers are constantly pressing me and trying to put me into jail. They have drained me financially and I cannot anymore afford myself a legal representation here in California. Without a legal representation I'm defenseless before these people.

29. I'm no longer a protector of the trust and I have no influence over its management. Again I'd like to point out that all parties, including the Claimant and his lawyers and my lawyer are aware about the fact that I ceased to be a protector of the Alpha Trust on 23 September 2020 (I asked my lawyer to inform all interested parties about it). Regardless this fact Claimant and his lawyers keep harassing me and misleading the court by filing almost every day new applications for escalation of the contempt punishment.

30. I'm unable to pay the 2000 per day fine that you imposed on me anymore for the lack of money, but also – because I've done everything that was in my powers to comply with the court orders. There is nothing else that I can do. I have no longer any influence over the Alpha Trust and its trustees.

31. Based on the above I kindly ask to dismiss the Claimant's Notice of Judgment Debtor's Continued Non-Compliance in its entirety and release me from the sanctions imposed on me earlier by the Order dated 16 September 2020.

Ashot Egiazaryan               26 October 2020