Ashot Egiazaryan
655 Endrino Place
Beverly Hills, CA 90210
310-739-6033
Defendant

FILED
CLERK, U.S. DISTRICT COURT
02/03/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: SW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION** RGK

VITALY IVANOVICH SMAGIN,

Plaintiff,

v.

ASHOT YEGIAZARYAN,

Defendant.

Case No. 14-cv-09764-R-(PLAx)

**DECLARATION OF ASHOT EGIAZARYAN IN SUPPORT OF HIS (1) MOTION FOR STAY OF CONTEMPT ORDER AND (2) FURTHER SUPPLEMENTAL RESPONSE TO NOTICE OF CONTINUED NON-COMPLIANCE**

Date: March 1, 2021
Time: 9:00 a.m.
Place: Courtroom of the Hon. R. Gary Klausner

I, Ashot Egiazaryan, declare:

1. I am over the age of 18. I have personal knowledge of the statements set forth herein below and can competently testify thereto if required.

2. I am the defendant in the underlying lawsuit based on a judgment obtained against me by Mr. Smagin.

3. According to this court's Order made on 10 November 2020, my legal representation by Cohen Williams LLP, Marc S. Williams, Reuven I. Cohen,

Michael V. Schaffer, Neil S. Jahss, has been terminated. Due to the fact that I spent all my remaining funds to pay for the services of the above listed lawyers, I'm financially not in a position to retain another lawyer and intend to act as a litigant in pro per. I will use interpreting services to assist me in translation into and from English, as my knowledge of the English language is far from being perfect.

4. As the Court knows, Mr. Smagin's enforcement proceedings herein, including his rights as a trustee, protector and beneficiary of the Alpha Trust, which were attached in his favour by the decision of the County Court dated 21 November 2016 (08 EX.2016.5802-3), original from a decision of the County Court dated 2 March 2020 which gave him such rights (the "March Order"). If the March Order is not in effect, then Mr. Smagin's rights to enforce the judgment with respect to the Alpha Trust are no longer valid.

5. On 10 November 2020, the Constitutional Court of the Principality of Liechtenstein granted my application to suspend the Decision of the Supreme Court dated 15 September 2020 (08 EX 2016.5802-143) based on violation of my constitutional rights. A true and correct copy of the decision is included as Attachment Exhibit C to filing ECF 349-2 and a true and correct copy is also attached hereto as **Exhibit "A"** and a certified translation is attached hereto as **Exhibit "B"**. The effect of this is that the March Order is of no effect or validity at this time. The March Order and its provisions have been suspended. As a result, Mr. Smagin is prohibited from exercising rights as a trustee, protector, and beneficiary of the Alpha Trust.

6. The Constitutional court ruled that if the suspensive effect was not granted, and Mr. Smagin was entitled to exercise the rights provided to him by the contested Decision, I would suffer disproportionate and possibly irreparable damage and my constitutional rights would be violated. That is why such rights were suspended.

7. So, in the view of the Constitutional Court decision from 10 November 2020, Mr. Smagin cannot exercise any of his rights and claims against myself and the Alpha Trust and its assets which were previously granted to him by the decision of the County Court dated 21 November 2016 (08 EX.2016.5802-3), which was approved by the March Order.

8. At this point, Mr. Smagin has no rights as to the Alpha Trust. Based on the above, I would kindly ask you to lift any and all sanctions imposed on me by your Order dated 16 September 2020, by which Mr. Smagin's motion for the civil contempt of court was granted.

9. Just before I was taken to a hospital by 911, I signed a written notice of transfer of the powers of protector of the Alpha Trust to my substitute protector, professional advocate Mr. Lex Thielen, as provided by the written instrument dated 3 April 2020. Since then I'm no longer protector of the Alpha Trust. True and correct copies of the notice of transfer and the 3 April 2020 instrument are Attachments 4 and 5 to my 7 October 2020 filing (ECF 331-1).

10. On 25 September 2020, Ms. Dozortseva responded to my former counsel's instructions (ECF 331-1, attachment 1) to obey the 9 July 2020 order by email, indicating that she would comply to the extent it did not violate her duties as trustee. (ECF 331-1, attachment 6). Given that I am not a protector, I have no ability to control how Ms. Dozortseva responds to the 9 July 2020 order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January 2021 in Beverly Hills, California.

Ashot Egiazaryan