## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:14-cv-09764-RGK-PLA | Date | June 5, 2023 |
|---|---|---|---|
| Title | *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause**

On December 22, 2014, Vitaly Smagin ("Smagin") filed a petition to confirm a foreign arbitration award against Ashot Yegiazaryan ("Yegiazaryan"). (ECF No. 1.) Yegiazaryan has defied numerous court orders. On September 16, 2020, the Court held Yegiazaryan in contempt for the first time. (ECF No. 315.) On May 22, 2023, the Court held Yegiazaryan in contempt a second time. (ECF No. 411.)

On May 30, 2023, Yegiazaryan filed a Notice of Resolution with Petitioner's Bankruptcy Estate Re: Turnover of Funds in Alpha Trust to Satisfy Judgment. (ECF No. 413.) On May 31, 2023, Larry Perkins, the independent third party administrator ("ITP") of Smagin's chapter 15 bankruptcy case, filed a Response to the Notice. (ECF No. 414.) The Response describes an agreement between Yegiazaryan and the ITP, with Yegiazaryan agreeing to cooperate with efforts to enforce the Court's previous orders in exchange for the ITP's support to terminate contempt sanctions.

Given the long history of Yegiazaryan's noncompliance, the Court is reluctant to entertain an agreement between Yegiazaryan and a third party without Smagin's input. The Court therefore orders Smagin to show cause in writing why or why not enforcement of the above-mentioned agreement between the ITP and Yegiazaryan is in the interest of justice. Smagin's response is due within **7 days of this Order's issuance**.

**IT IS SO ORDERED.**

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |