UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-09764-RGK-PLA | Date | June 13, 2023 |
|---|---|---|---|
| Title | *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On December 22, 2014, Vitaly Smagin ("Smagin") filed a petition to confirm a foreign arbitration award against Ashot Yegiazaryan ("Yegiazaryan"). (ECF No. 1.) Yegiazaryan has defied numerous court orders related to a trust ("Alpha Trust") which holds sufficient assets to satisfy the arbitration award. On September 16, 2020, the Court held Yegiazaryan in contempt for the first time. (ECF No. 315.) On May 22, 2023, the Court held Yegiazaryan in contempt a second time. (ECF No. 411.) In the May 22, 2023 Order, the Court ordered Yegiazaryan to terminate his associates' involvement with Alpha Trust and to withdraw from numerous actions in foreign jurisdictions related to the Alpha Trust and Smagin.

On June 5, 2023, the Court ordered Smagin to show cause as to why enforcement of a proposed resolution ("Resolution") between Yegiazaryan and the third party administrator of Smagin's chapter 15 bankruptcy case would or would not be in the interest of justice. (Order to Show Cause, ECF No. 415.) Smagin filed his Response to the Order on June 12, 2023. (ECF No. 417.) Additionally, on June 5, 2023, Smagin filed a Motion for Order to Show Cause based on Yegiazaryan's noncompliance with the Court's contempt order.[1] (ECF No. 416.)

In the Response and Motion, Smagin states that he disapproves of the Resolution. Smagin also alleges that Yegiazaryan has refused to terminate his associates' involvement with the trust and has continued to intervene in foreign court proceedings. Based on these filings and their supporting exhibits, Yegiazaryan remains in contempt.

Yegiazaryan's latest actions, combined with his history of noncompliance, demonstrate a troubling disregard for the Court's authority. Therefore, the Court **ORDERS** Yegiazaryan to **appear on Monday, June 26, 2023 at 1:30 pm**. At that time, Yegiazaryan will have the opportunity to explain his

---

[1] With the issuance of this Order, Smagin's Motion is **DENIED** as moot.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-09764-RGK-PLA | Date | June 13, 2023 |
|---|---|---|---|
| Title | *Vitaly Ivanovich Smagin v. Ashot Yegiazaryan* | | |

actions, and the Court will determine whether additional sanctions—including incarceration—are likely to persuade Yegiazaryan to comply with its orders.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |